# EXHIBIT A

Alexander Harrison West

2095 S. Main St. Apt 8

Bountiful, UT 84010

Aldogg21@hotmail.com

801-725-0129

Wells Fargo complaint

Im writing in regards to my problems and issues with Wells Fargo Bank N.A. When I opened the account about 9 years ago I had a lot of issues with this particular bank. They took me off as their customer account. Wells Fargo handled the situation very poorly and mishandled my accounts. Took money out of my account without my permission and it was missing. Charged unwanted fees and disrespected me very much. I have a major disability which is a mental disability called autism and most of the Wells Fargo branches disrespected very much and kicked me out of their branch and yelled at me. They should never tolerate that behavior at all. Its uncalled for. I walked into the Wells Fargo branch and when I walked in I waited in line forever and I got mad and stormed off. Wells Fargo has been in a lot of trouble for taking peoples money and charging outrageous fees. They mishandled my accounts and I feel like they didn't care to help me at all and got me upset. I never abused the accounts. I just had some claims on the account because of how Wells Fargo was being disrespectful. I just want to settle with wells Fargo. Im not asking a whole lot but also I wanted to tell Wells Fargo how disappointed I am how they handed the remediation check in the amount of 929.00. That remediation check took 5 years and 9 months just received the check in September and that really upset me. That could have been bills paid and I have a lot of emotions towards what happened. Im willing to mediate or settle with Wells Fargo. If we can settle in this complaint then we don't have to litigate. I'm asking and seeking $150,000 in damages towards what Wells Fargo towards me. One thing that Wells Fargo also did was offer credit cards and that was not ok with my father who has passed away. He is my guardian/conserverter and told Wells Fargo to stop with the emailing and mailing of credit cards. I get super impatient at times. I just want Wells Fargo to make this right. I'm hoping this will become a good outcome for the both of us so this doesn't happen to anyone else.

I hope to get a good resolution with this offer I'm giving Wells Fargo. They hurt me deeply. I hope that given the opportunity we will settle this matter once and for all. Thanks for giving me the opportunity to share this info. One other thing, my disability is so severe that I have mental breakdowns and I was severely hurt by Wells Fargo. Hope to come to settle this matter.

Thanks

Alexander Harrison West

## Utah District Court Cover Sheet for All Civil Actions Except Probate Cases

**Interpretation.** If you do not speak or understand English, the court will provide an interpreter. Contact court staff immediately to ask for an interpreter.

**Interpretación.** Si usted no habla ni entiende el Inglés el tribunal le proveerá un intérprete. Contacte a un empleado del tribunal Inmediatamente para pedir un intérprete.

**Plaintiff/Petitioner** (First)

Alexander Harrison West
Name

2095 S. Main St. Apt 8
Address

Bountiful, UT 84010
City, State, Zip

801-725-0129 aldog921@hotmail.com
Phone Email

First **Plaintiff/Petitioner's Attorney or Licensed Paralegal Practitioner***

Name

Bar Number

**Defendant/Respondent** (First)

Wells Fargo Bank, National Association
Name

101 North Phillips Ave
Address

Sioux Falls, SD 57104
City, State, Zip

605-575-6900
Phone Email

First **Defendant/Respondent's Attorney or Licensed Paralegal Practitioner***

Name

Bar Number

**Plaintiff/Petitioner** (Second)

Name

Address

City, State, Zip

Phone Email

Second **Plaintiff/Petitioner's Attorney or Licensed Paralegal Practitioner***

Name

Bar Number

**Defendant/Respondent** (Second)

Name

Address

City, State, Zip

Phone

Second **Defendant/Respondent's Attorney or Licensed Paralegal Practitioner***

Name

Bar Number

*Attorney or LPP addresses provided by Utah State Bar.

**Total Claim for Damages $**______________ **Jury Demand [ ]**Yes [ ] No $250 [ ] Jury Demand

**Schedule of Fees: §78A-2-301** (Choose all that apply. See Page 2 for fees for claims other than claims for damages.)

**CHOOSE ONE:**
[ ] No monetary damages are requested (URCP 26: Tier 2)
[ ] Damages requested are $50,000 or less (URCP 26: Tier 1)
[ ] Damages requested are more than $50,000 and less than $300,000 (URCP 26: Tier 2)
[ ] Damages requested are $300,000 or more (URCP 26: Tier 3)
[ ] Domestic relations (URCP 26: Tier 4)
[ ] Damages are unspecified.
Circle one: Tier 1 Tier 2 Tier 3
[ ] This case is exempt from URCP 26. (E)

**— — MOTION TO RENEW JUDGMENT — —**
$45 [ ] Damages $2000 or less

$100 [ ] Damages $2001 - $9,999
$187.50 [ ] Damages $10,000 & over

**— — COMPLAINT OR INTERPLEADER — —**
$90 [ ] Damages $2000 or less
$200 [ ] Damages $2001 - $9999
$375 [ ] Damages $10,000 & over
$375 [ ] Damages Unspecified

**— — COUNTERCLAIM, CROSS CLAIM, THIRD PARTY CLAIM, OR INTERVENTION — —**
$55 [ ] Damages $2000 or less
$165 [ ] Damages $2001 - $9999
$170 [ ] Damages $10,000 & over

**Choose One**

| Fee | | Case Type |
|---|---|---|
| | | **APPEALS** |
| $375 | [ ] | Administrative Agency Review |
| Sch | [ ] | Tax Court (Appeal of Tax Commission Decision) Court: Refer to Clerk of Court upon filing. |
| $240 | [ ] | Civil (78A-2-301(1)(h)) (E) |
| $240 | [ ] | Small Claims Trial De Novo (E) |
| $80 | [ ] | Municipal Admin. Determination. (E) |
| | | **GENERAL CIVIL** |
| Sch | [ ] | Civil Rights |
| $0 | [ ] | Civil Stalking (E) |
| $375 | [ ] | Condemnation/Eminent Domain |
| Sch | [ ] | Contracts |
| Sch | [ ] | Contract: Employment Discrimination |
| Sch | [ ] | Contract: Fraud |
| Sch | [ ] | Debt Collection |
| $375 | [ ] | Essential Treatment Intervention (62A-15-1203) |
| Sch | [ ] | Eviction/Forcible Entry and Detainer (E) |
| $375 | [ ] | Extraordinary Relief/Writs |
| $375 | [ ] | Forfeiture of Property (E) |
| Sch | [ ] | Interpleader |
| Sch | [ ] | Lien/Mortgage Foreclosure |
| Sch | [X] | Miscellaneous Civil |
| $375 | [ ] | Post Conviction Relief: Capital (E) |
| $375 | [ ] | Post Conviction Relief: Non-capital (E) |
| Sch | [ ] | Property Rights |
| $375 | [ ] | Registry Removal (Gun/White Collar) |
| Sch | [ ] | Sexual Harassment |
| Sch | [ ] | Water Rights |
| $375 | [ ] | Wrongful Lien |
| Sch | [X] | Wrongful Termination |
| | | **TORTS** |
| Sch | [ ] | Automobile Tort |
| Sch | [ ] | Intentional Tort |
| Sch | [ ] | Malpractice-Medical Tort |
| Sch | [ ] | Malpractice-Legal Tort; Other |
| Sch | [ ] | Premises Liability |
| Sch | [ ] | Asbestos |
| Sch | [ ] | Product Liability (NOT Asbestos) |
| Sch | [ ] | Slander/Libel/Defamation |
| | | **DOMESTIC RELATIONS** |
| $0 | [ ] | Protective Orders (E) |
| $325 | [ ] | Marriage Adjudication (T4) |
| $325 | [ ] | Divorce/Annulment (T4) |
| | [ ] | Check if child support, custody or parent-time will be part of decree |
| | [ ] | Check if Temporary Separation filed |

| Fee | | Case Type |
|---|---|---|
| $325 | [ ] | Custody/Visitation/Support (T4) |
| $8 | [ ] | Vital Statistics §26-2-25 per form |
| $130 | [ ] | Counterclaim: Divorce/Separate Maintenance |
| $130 | [ ] | Counterclaim: Custody/Visit/Support |
| $170 | [ ] | Counterclaim: Paternity/Grandparent Visitation |
| $100 | [ ] | Domestic Modification (T4) |
| $100 | [ ] | Counter-petition: Domestic Modification |
| $375 | [ ] | Grandparent Visitation (T4) |
| $375 | [ ] | Paternity/Parentage (T4) |
| $325 | [ ] | Separate Maintenance (T4) |
| $35 | [ ] | Temporary Separation (E) |
| $35 | [ ] | Uniform Child Custody Jurisdiction & Enforcement Act (UCCJEA) (E) |
| $35 | [ ] | Uniform Interstate Family Support Act (UIFSA) (E) |
| | | **JUDGMENTS** |
| $35 | [ ] | Foreign Judgment (Abstract of) (E) |
| $375 | [ ] | Foreign Country Judgment (E) |
| $50 | [ ] | Abstract of Judgment/Order of Utah Court/Agency (E) |
| $30 | [ ] | Abstract of Judgment/Order of Utah State Tax Commission (E) |
| $35 | [ ] | Judgment by Confession (E) |

**PROBATE**

Use the **Utah District Court Cover Sheet for Probate Actions for the following:**

Adoptions/foreign adoptions; conservatorships; estate personal rep; foreign probate; gestational agreements; guardianships; minor's settlements; name changes; supervised administration cases; trusts; other probate actions

| Fee | | Case Type |
|---|---|---|
| | | **SPECIAL MATTERS** |
| $35 | [ ] | Arbitration Award (E) |
| $0 | [ ] | Determination Competency-Criminal (E) |
| $0 | [ ] | Expungement Petition (E) |
| $0 | [ ] | Hospital Lien (E) |
| $35 | [ ] | Judicial Approval of Document: Not Part of Pending Case (E) |
| $35 | [ ] | Notice of Deposition in Out-of-State Case/Foreign Subpoena (E) |
| $35 | [ ] | Open Sealed Record (E) |
| $50 | [ ] | Petition for Adjudication of Priority to Funds on Trustee's Sale |
| | | **OCAP** (Utah Code §78A-2-501) |
| $20 | [ ] | Documents prepared using Online Court Assistance Program (OCAP) |

My Name Alexander Harrison West
Address 2095. S. Main St Apt 8
Bountiful, UT 84010
Phone 801-725-0129

☒ I am the ☒ Plaintiff/Petitioner
☐ Defendant/Respondent.
☐ I am the attorney for the ☐ Plaintiff/Petitioner
☐ Defendant/Respondent, and my Utah State Bar number is.__

In the District Court of the State of Utah, Second Judicial District
Davis County
Court Address: ~~[illegible] Main St Bountiful [illegible]~~ 800 W State St Farmington

| | |
|---|---|
| Alexander Harrison West<br>Plaintiff/Petitioner<br>v.<br>Wells fargo Bank, N.A.<br>Defendant/Respondent | Complaint<br>Case Number 230700208<br>Judge Russell 2nd Russell team Ut Courts.SOL 840[illegible]<br>Commissioner |

Plaintiff alleges:

1. Plaintiff is a resident of Davis County, Utah.

2. Defendant is a resident of Sioux falls SD ~~County, Utah~~.

3. Venue is proper in this court because this action involves an accident that occurred in this county.

4. On on September ~~[illegible]~~ of 2012 Wells fargo sent me a check for the amount of 929.45 dated back from January of 2017 of some claims that were submitted

5. wells fargo took forever to settle with my account and that put me In a bad State of mind. Thats 5 years 9 months.

6. I also was disrespected at wells fargo. I have a major chronic disorder called Autism and was mistreated by wells fargo

Wherefore, plaintiff requests relief as follows:

a. For judgment in the amount of $ 150,000;

b. For interest as provided by law from the date of judgment until paid;

c. For attorneys fees and other costs of collection;

d. For costs of court; and

e. For such further relief as the court deems just.

I declare under criminal penalty of Utah Code Section 78B-5-705 that this document is true and correct.

Date: 02/16/23 Sign here ▶ [signature]

Typed or printed name Alex West

CHILD & ADOLESCENT PSYCHIATRY SPECIALTY CLINIC

OUTPATIENT PSYCHIATRIC EVALUATION

PATIENT NAME: WEST, ALEX
DATE OF BIRTH: [redacted]/87
EVALUATOR: DOUG GRAY, M.D.
DATE OF ASSESSMENT: 08/30/02



**DIAGNOSIS:**

| | |
|---|---|
| AXIS I: | Asperger's Disorder.<br>Nonverbal Learning Disability.<br>Generalized Anxiety Disorder. |
| AXIS II: | None. |
| AXIS III: | None. |
| AXIS IV: | None. |
| AXIS V: | Current GAF: 50 (also the highest in past year) |

**PLAN:**

1. I asked the patient's parents to buy a book on Asperger's disorder by Tony Atwood, M.D.. This book has some symptom checklists, which they are going to bring in on their next visit. This is a book specifically regarding Asperger's disorder and diagnosing subtle or milder forms of this disorder.

2. Although we are going to try to keep the patient in his current school, we may want to consider Woodland Hills. This is a small school that is now devoting itself to teaching teenagers with Asperger's disorder. They have a good reputation, and other kids with whom I have talked have been very happy with the school. This gives us another option if his current school does not work out.

3. The patient's parents should continue to work with David Nilsson, Ph.D., around issues of psychological testing and learning problems. Dr. Nilsson can help them with school problems.

4. In terms of recommending an individual family counselor, I have suggested Judy Miller, M.D.. Dr. Miller is a new member of our faculty who specializes in Asperger's disorder and has done a lot of research in this area. She also runs groups for teenagers with Asperger's

## Medications Administered

None recorded.

## Vitals

| Height | Weight | BMI | Blood Pressure | Pulse | O2 Saturation | Temperature |
|---|---|---|---|---|---|---|
| 5 ft 10 in | 254 lbs 16 oz | 36.6 kg/m2 | 112/92 mm[Hg] | 110 bpm | 96% | 99.4 F° |

## Results

**Lab Results**

None recorded.

## Allergies

Please review your allergy list for accuracy. Contact your provider if this list needs to be updated.

| Code | Code System | Name | Reaction | Severity | Onset |
|---|---|---|---|---|---|
| NKDA | | | | | |

## Problems

| Name | Status | Onset Date | Source |
|---|---|---|---|
| Major Depressive Disorder | Active | 04/09/2022 | |
| Autistic Disorder | Active | 04/09/2022 | |
| Anxiety | Active | 04/09/2022 | |

## Procedures

None recorded.

## Vaccine List

Here is a copy of your most up-to-date vaccination list.

None recorded.

## Tobacco Smoking Status

| | |
|---|---|
| Tobacco Smoking Status | Never Smoker |

## Past Encounters

07/26/2022
Difficulty Controlling Anger; Major Depressive Disorder; Anxiety; Autistic Disorder; Asthma; Nonverbal Learning Disorder; Obesity
Nathan A Phelps, MD: 520 Medical Drive Ste 300, Bountiful, UT 84010-8925, Ph. (801) 292-1422

**WEST, Alexander (id #184948, dob: [redacted]1987)**

## Assessment and Plan

The following list includes any diagnoses that were discussed at your visit.

1. Difficulty controlling anger
2. Major depressive disorder
3. Anxiety
4. Asthma
5. Autistic disorder
6. Nonverbal learning disorder

Discussion Note: None recorded.

Patient educational handouts: No information available.

## Plan of Care

| Reminders | | | Provider |
|---|---|---|---|
| Appointments | Follow up 30 | 06/14/2022 2:00PM | Nathan A Phelps, MD |
| Lab | None recorded. | | |
| Referral | None recorded. | | |
| Procedures | None recorded. | | |
| Surgeries | None recorded. | | |
| Imaging | None recorded. | | |

## Current Medications

Your medical record indicates you are on the following medicine. If this list is not consistent with the medications you are currently taking, or if you are taking additional over-the-counter medicines, please inform your provider.

| Name | Prescribed Date | Start Date |
|---|---|---|
| divalproex 500 mg tablet,delayed release<br>Take 1 tablet every day by oral route for 90 days. | 04/09/2022 | |
| duloxetine 30 mg capsule,delayed release<br>Take 1 capsule every day by oral route. | | |
| risperidone 1 mg tablet<br>Take 1 tablet twice a day by oral route for 365 days. | 04/09/2022 | |
| Ventolin HFA 90 mcg/actuation aerosol inhaler<br>Inhale 2 puffs every 4 hours by inhalation route. | 04/09/2022 | |

## Medications Administered

None recorded.

## Vitals

| Height | Weight | BMI | Blood Pressure | Pulse | O2 Saturation | Temperature |
|---|---|---|---|---|---|---|
| 5 ft 10 in | 248 lbs 16 oz | 35.7 kg/m2 | 112/83 mm[Hg] | 102 bpm | 95.01% | 98.4 F° |

BOUNTIFUL INTERNAL MEDICINE • 763 N Redwood Road, NORTH SALT LAKE UT 84054-2895

**WEST, Alexander (id #184948, dob: [redacted]1987)**

## Problems

| Name | Status | Onset Date | Source |
|---|---|---|---|
| Major Depressive Disorder | Active | 04/09/2022 | |
| Autistic Disorder | Active | 04/09/2022 | |
| Anxiety | Active | 04/09/2022 | |

## Procedures

None recorded.

## Vaccine List

Here is a copy of your most up-to-date vaccination list.

None recorded.

## Tobacco Smoking Status

| | |
|---|---|
| Tobacco Smoking Status | Never Smoker |

## Past Encounters

04/09/2022
Autistic Disorder; Nonverbal Learning Disorder; Difficulty Controlling Anger; Major Depressive Disorder; Anxiety; Asthma
Nathan A Phelps, MD: 763 N Redwood Road, Suite 110, North Salt Lake, UT 84054-2895, Ph. (801) 292-1423

## Demographics

| | | | |
|---|---|---|---|
| Sex: | Male | Ethnicity: | Information not available |
| DOB: | [redacted]1987 | Race: | Information not available |
| Preferred language: | Information not available | Marital status: | Information not available |

Contact: 1941 Ridegehill Drive, Bountiful, UT 84010, Ph. tel:+1-801-5806404

BOUNTIFUL INTERNAL MEDICINE • 520 Medical Drive STE 300, BOUNTIFUL UT 84010-8925

**WEST, Alexander (id #184948, dob: [redacted]/1987)**

Last amended by Nathan Phelps, MD on 06/14/2022 at 2:37pm

Patient

| | | | |
|---|---|---|---|
| **Name** | WEST, ALEXANDER (34yo, M) ID# 184948 | **Appt. Date/Time** | 05/12/2022 02:00PM |
| **DOB** | [redacted]1987 | **Service Dept.** | BOUNTIFUL INTERNAL MEDICINE |
| **Provider** | NATHAN PHELPS, MD | | |
| **Insurance** | Med Primary: MEDICARE-UT (MEDICARE)<br>Insurance # : [redacted]T24<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

Follow Up

## Patient's Pharmacies

**COSTCO PHARMACY #0735 (ERX): 573 WEST 100 NORTH, BOUNTIFUL, UT 84087, Ph (801) 299-3968, Fax (801) 299-3965**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 10 in 05/12/2022 01:45 pm | **Pulse:** | 102 bpm 05/12/2022 01:47 pm | **T:** | 98.4 F° 05/12/2022 01:46 pm |
| **Wt:** | 249 lbs 05/12/2022 01:46 pm | **BMI:** | 35.7 05/12/2022 01:46 pm | **BP:** | 112/83 sitting R arm 05/12/2022 01:47 pm |
| **O2Sat:** | 95.01% 05/12/2022 01:47 pm | | | | |

## Allergies

Reviewed Allergies

## Medications

Reviewed Medications

**divalproex 500 mg tablet,delayed release** — 04/09/22 prescribed
Take 1 tablet(s) every day by oral route for 90 days.
**Internal Note:** for mood disorder? he is not sure

**DULoxetine 30 mg capsule,delayed release** — 04/09/22 entered
Take 1 capsule(s) every day by oral route.

**risperiDONE 1 mg tablet** — 04/09/22 prescribed
Take 1 tablet(s) twice a day by oral route for 365 days.
**Internal Note:** for sleep

**Ventolin HFA 90 mcg/actuation aerosol inhaler** — 04/09/22 prescribed
Inhale 2 puff(s) every 4 hours by inhalation route.

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Major depressive disorder - Onset: 04/09/2022
- Anxiety - Onset: 04/09/2022
- Autistic disorder - Onset: 04/09/2022

## Family History

Reviewed Family History

## Social History

Reviewed Social History

**WEST, Alexander (id #184948, dob: [redacted]1987)**

What is your level of alcohol consumption?: None
**Diet and Exercise**
What is your exercise level?: None
**Marriage and Sexuality**
What is your relationship status?: Single

HPI

35 yo male with autism, major depressive disorder, anger management complaints, and He reports that he finally got on disability last monthWonders if he should be on SSI.

Complains of depression lately. Still down from his father's death. Having difficulty handling his finances. Has been crying a lot. Hangs out by himself and his cat. Doesn't have many close friends. Is still doing counseling with Feller Behavioral health. Denies suicidal thoughts.

Risperidone has helped some with the anger issues and being mean and some impulsivity, but not as much with depression.

Physical Exam

Well looking. No distress. Won't look me in the eyes when he talks. Rambles.

Assessment / Plan

**1. Difficulty controlling anger -**
Improving with the risperidone 1 mg BID and once daily divalproex.
R45.4: Irritability and anger

**2. Major depressive disorder -**
Continue risperidone. Increase duloxetine from 30 mg one tab daily to 30 mg tab two tabs daily.
F32.9: Major depressive disorder, single episode, unspecified
- duloxetine 30 mg capsule,delayed release - 2 capsules per day Qty: 180 capsule(s) Refills: 1 Pharmacy: COSTCO PHARMACY #0735

**3. Asthma -**
PRN ventolin.
J45.909: Unspecified asthma, uncomplicated

**4. Autistic disorder -**
I feel that this qualifies as a disability.
F84.5: Asperger's syndrome

**5. Nonverbal learning disorder -**
this qualifies as a disability and makes it difficult to maintain interpersonal relationships and makes it difficult to maintain a job.
F81.9: Developmental disorder of scholastic skills, unspecified

**6. Anxiety -**
Continue lexapro.
F41.9: Anxiety disorder, unspecified

Return to Office
Patient will return to the office as needed.

Amendment Sign-Off
Encounter signed-off by Nathan Phelps, MD, 06/14/2022.

Encounter performed and documented by Nathan Phelps, MD
Encounter reviewed & signed by Nathan Phelps, MD on 06/14/2022 at 2:35pm
Amendment closed by Nathan Phelps, MD on 06/14/2022 at 2:36pm

BOUNTIFUL INTERNAL MEDICINE • 763 N Redwood Road, NORTH SALT LAKE UT 84054-2895

WEST, Alexander (Id #184948, dob: [redacted]1987)

**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
What is your level of alcohol consumption?: None
**Marriage and Sexuality**
What is your relationship status?: Single
**Gender Identity and LGBTQ Identity**

Screening

| Name | Score | Notes |
|---|---|---|
| PHQ-2/PHQ-9 | 13 (for the PHQ-9) | |

HPI

New patient to me. He has autistic disorder. He lives in a condo on his own - his parents pay for it. He lost his job a couple months ago. Will start
Struggles to keep a job due to anger issues, difficulty with interpersonal skills. Has been on disability in past, but then was making too much money -- so he
part time at WalMart in next couple months. reports that he owes social security $10,000 and IRS $5,000 and csr $9000.
Has not seen another doctor for at least a few

His dad recently died (Scott West, MD) and he was prescribing all his meds.
years.

Emotionally he is overwhelmed, due to the financial stress and the death of his dad.
No suicidal thoughts, no history of suicide attempts.

History of asthma, could occasionally use inhaler

Mom reports that he has "manic episodes" where he "loses his cookies". He calls this impulsivity, defiance, anger issues. This happens a lot at work and this makes it difficult to maintain a job. Has been doing some counseling with Feller Behavioral health. He has a shopping addiction, a pornography addiction. He hasn't gotten arrested in past for solicitation. Mom reports that he is becoming unmanageable. he is constantly wanting more. he has everything that he needs and it is never enough. He is constantly asking asking for more.

Has not had any significant cognitive evaluation in past 20 years.

Has small circle of support. Has a lot of acquaintances, but not a lot of people he can count on.

ROS

**Additionally reports:**

**12 point review was negative except as stated in HPI and chronic intermittent back pain.**

Physical Exam

Gen: no distress, well looking, obese

Head: NCAT

Ears: normal hearing, normal TMs

Eyes: PERRL

Mouth: no lesions

Neck: no thyromegaly or adenopathy

Lungs: CTABL, normal respiratory effort

Heart: RRR, no murmur

Abdomen: Soft, non-tender, nondistended, no HSM

Extremities: warm, no edema, normal PT pulses

Psych: odd affect and communication.

Neuro: Alert and oriented to self and place.

Assessment / Plan

BOUNTIFUL INTERNAL MEDICINE • 520 Medical Drive STE 300, BOUNTIFUL UT 84010-8925

WEST, Alexander (id #184948, dob: [redacted]1987)

Last amended by Nathan Phelps, MD on 06/14/2022 at 2:36pm

| | | | |
|---|---|---|---|
| **Patient Name** | WEST, ALEXANDER (35yo, M) ID# 184948 | **Appt. Date/Time** | 06/14/2022 02:00PM |
| **DOB** | [redacted]1987 | **Service Dept.** | BOUNTIFUL INTERNAL MEDICINE |
| **Provider** | NATHAN PHELPS, MD | | |
| **Insurance** | Med Primary: [redacted]UT (MEDICARE)<br>Insurance #: [redacted]T24<br>Prescription: CVS/CAREMARK - Member is eligible | | |

## Chief Complaint

Follow Up

## Patient's Pharmacies

COSTCO PHARMACY #0735 (ERX): 573 WEST 100 NORTH, BOUNTIFUL, UT 84087, Ph (801) 299-3966, Fax (801) 299-3965

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 10 in 06/14/2022 01:59 pm | **T:** | 97.3 F° 06/14/2022 02:00 pm | **Wt:** | 249 lbs 15.68 oz 06/14/2022 02:01 pm |
| **BMI:** | 35.9 06/14/2022 02:00 pm | **BP:** | 112/84 sitting R arm 06/14/2022 02:02 pm | **O2Sat:** | 95% 06/14/2022 02:02 pm |

## Allergies

Reviewed Allergies

NKDA

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **divalproex 500 mg tablet,delayed release**<br>Take 1 tablet(s) every day by oral route for 90 days.<br>**Internal Note:** for mood disorder? he is not sure | 04/09/22 | prescribed |
| **DULoxetine 30 mg capsule,delayed release**<br>2 capsules per day | 06/14/22 | prescribed |
| **risperiDONE 1 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 365 days.<br>**Internal Note:** for sleep | 04/09/22 | prescribed |
| **Ventolin HFA 90 mcg/actuation aerosol inhaler**<br>Inhale 2 puff(s) every 4 hours by inhalation route. | 04/09/22 | prescribed |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Major depressive disorder - Onset: 04/09/2022
- Anxiety - Onset: 04/09/2022
- Autistic disorder - Onset: 04/09/2022

## Family History

Family History not reviewed (last reviewed 05/12/2022)

## Social History

Social History not reviewed (last reviewed 05/12/2022)

**Substance Use**

Do you or have you ever smoked tobacco?: Never smoker

Last amended by Nathan Phelps, MD on 06/14/2022 at 2:36pm

## Patient

| | | | |
|---|---|---|---|
| **Name** | WEST, ALEXANDER (35yo, M) ID# 184948 | **Appt. Date/Time** | 06/14/2022 02:00PM |
| **DOB** | [redacted]1987 | **Service Dept.** | BOUNTIFUL INTERNAL MEDICINE |
| **Provider** | NATHAN PHELPS, MD | | |
| **Insurance** | Med Primary: MEDICARE-UT (MEDICARE)<br>Insurance # : [redacted]T24<br>Prescription: CVS\|CAREMARK - Member is eligible. | | |

## Chief Complaint

Follow Up

## Patient's Pharmacies

**COSTCO PHARMACY #0735 (ERX): 573 WEST 100 NORTH, BOUNTIFUL, UT 84087, Ph (801) 299-3968, Fax (801) 299-3965**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 10 in 06/14/2022 01:59 pm | **T:** | 97.3 F° 06/14/2022 02:00 pm | **Wt:** | 249 lbs 15.68 oz 06/14/2022 02:01 pm |
| **BMI:** | 35.9 06/14/2022 02:00 pm | **BP:** | 112/84 sitting R arm 06/14/2022 02:02 pm | **O2Sat:** | 95% 06/14/2022 02:02 pm |

## Allergies

Reviewed Allergies

NKDA

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **divalproex 500 mg tablet,delayed release**<br>Take 1 tablet(s) every day by oral route for 90 days.<br>**Internal Note:** for mood disorder? he is not sure | 04/09/22 | prescribed |
| **DULoxetine 30 mg capsule,delayed release**<br>2 capsules per day | 06/14/22 | prescribed |
| **risperiDONE 1 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 365 days.<br>**Internal Note:** for sleep | 04/09/22 | prescribed |
| **Ventolin HFA 90 mcg/actuation aerosol inhaler**<br>Inhale 2 puff(s) every 4 hours by inhalation route. | 04/09/22 | prescribed |

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Major depressive disorder - Onset: 04/09/2022
- Anxiety - Onset: 04/09/2022
- Autistic disorder - Onset: 04/09/2022

## Family History

Family History not reviewed (last reviewed 05/12/2022)

## Social History

Social History not reviewed (last reviewed 05/12/2022)

**Substance Use**

Do you or have you ever smoked tobacco?: Never smoker

What is your level of alcohol consumption?: None
**Diet and Exercise**
What is your exercise level?: None
**Marriage and Sexuality**
What is your relationship status?: Single

## HPI

35 yo male with autism, major depressive disorder, anger management complaints. and He reports that he finally got on disability last monthWonders if he should be on SSI.

Complains of depression lately. Still down from his father's death. Having difficulty handling his finances. Has been crying a lot. Hangs out by himself and his cat. Doesn't have many close friends. Is still doing counseling with Feller Behavioral health. Denies suicidal thoughts.

Risperidone has helped some with the anger issues and being mean and some impulsivity, but not as much with depression.

## Physical Exam

Well looking. No distress. Won't look me in the eyes when he talks. Rambles.

## Assessment / Plan

**1. Difficulty controlling anger -**
Improving with the risperidone 1 mg BID and once daily divalproex.
R45.4: Irritability and anger

**2. Major depressive disorder -**
Continue risperidone. Increase duloxetine from 30 mg one tab daily to 30 mg tab two tabs daily.
F32.9: Major depressive disorder, single episode, unspecified
- duloxetine 30 mg capsule,delayed release - 2 capsules per day Qty: 180 capsule(s) Refills: 1 Pharmacy: COSTCO PHARMACY #0735

**3. Asthma -**
PRN ventolin.
J45.909: Unspecified asthma, uncomplicated

**4. Autistic disorder -**
I feel that this qualifies as a disability.
F84.5: Asperger's syndrome

**5. Nonverbal learning disorder -**
this qualifies as a disability and makes it difficult to maintain interpersonal relationships and makes it difficult to maintain a job.
F81.9: Developmental disorder of scholastic skills, unspecified

**6. Anxiety -**
Continue lexapro.
F41.9: Anxiety disorder, unspecified

## Return to Office
Patient will return to the office as needed.

## Amendment Sign-Off
Encounter signed-off by Nathan Phelps, MD, 06/14/2022.

Encounter performed and documented by Nathan Phelps, MD
Encounter reviewed & signed by Nathan Phelps, MD on 06/14/2022 at 2:35pm
Amendment closed by Nathan Phelps, MD on 06/14/2022 at 2:36pm

Date: 04/09/2022

Dear Alexander West,

The following is a summary of your visit today. If you have any questions, please contact our office.

Sincerely,

Electronically Signed by: NATHAN PHELPS, MD

# Patient Care Summary for Alexander West

## Most Recent Encounter

04/09/2022 Nathan A Phelps: 763 N Redwood Road, Suite 110, North Salt Lake, UT 84054-2895, Ph. tel:+1-801-2921423

## Reason for Visit

None recorded.

## Assessment and Plan

The following list includes any diagnoses that were discussed at your visit.

1. Autistic disorder
   - neuropsychologist referral

2. Nonverbal learning disorder

3. Difficulty controlling anger
   - divalproex 500 mg tablet,delayed release
   - risperidone 1 mg tablet

4. Major depressive disorder

5. Anxiety

6. Asthma
   - Ventolin HFA 90 mcg/actuation aerosol inhaler

Discussion Note: None recorded.

Patient educational handouts: No information available.

What is your level of alcohol consumption?: None

**Diet and Exercise**

What is your exercise level?: None

**Marriage and Sexuality**

What is your relationship status?: Single

## HPI

35 yo male with autism, major depressive disorder, anger management complaints. and He reports that he finally got on disability last monthWonders if he should be on SSI.

Complains of depression lately. Still down from his father's death. Having difficulty handling his finances. Has been crying a lot. Hangs out by himself and his cat. Doesn't have many close friends. Is still doing counseling with Feller Behavioral health. Denies suicidal thoughts.

Risperidone has helped some with the anger issues and being mean and some impulsivity, but not as much with depression.

## Physical Exam

Well looking. No distress. Won't look me in the eyes when he talks. Rambles.

## Assessment / Plan

**1. Difficulty controlling anger -**
Improving with the risperidone 1 mg BID and once daily divalproex.
R45.4: Irritability and anger

**2. Major depressive disorder -**
Continue risperidone. Increase duloxetine from 30 mg one tab daily to 30 mg tab two tabs daily.
F32.9: Major depressive disorder, single episode, unspecified
- duloxetine 30 mg capsule,delayed release - 2 capsules per day Qty: 180 capsule(s) Refills: 1 Pharmacy: COSTCO PHARMACY #0735

**3. Asthma -**
PRN ventolin.
J45.909: Unspecified asthma, uncomplicated

**4. Autistic disorder -**
I feel that this qualifies as a disability.
F84.5: Asperger's syndrome

**5. Nonverbal learning disorder -**
this qualifies as a disability and makes it difficult to maintain interpersonal relationships and makes it difficult to maintain a job.
F81.9: Developmental disorder of scholastic skills, unspecified

**6. Anxiety -**
Continue lexapro.
F41.9: Anxiety disorder, unspecified

## Return to Office

Patient will return to the office as needed.

## Amendment Sign-Off

Encounter signed-off by Nathan Phelps, MD, 06/14/2022.

Encounter performed and documented by Nathan Phelps, MD
Encounter reviewed & signed by Nathan Phelps, MD on 06/14/2022 at 2:35pm
Amendment closed by Nathan Phelps, MD on 06/14/2022 at 2:36pm

BOUNTIFUL INTERNAL MEDICINE • 763 N Redwood Road, NORTH SALT LAKE UT 84054-2895

**WEST, Alexander (Id #184948, dob: [redacted]1987)**

**1. Autistic disorder -**
Due to autism - he has difficulty maintaining good interpersonal relationships and would have difficult time with schedule changes and with anything that is not very routine or rote. This is a lifelong issue for him. I feel that based on his diagnosis and being lifelong he would qualify for social security disability.

Refer neuropsych eval.
F84.5: Asperger's syndrome
- NEUROPSYCHOLOGIST REFERRAL - Schedule Within: provider's discretion Note to Provider: Needs neurospsych eval for disability

**2. Nonverbal learning disorder -**
Refer neuropsych eval.
F81.9: Developmental disorder of scholastic skills, unspecified

**3. Difficulty controlling anger -**
Divalproex and risperidone help some. Recommend exercise.
R45.4: Irritability and anger.
- divalproex 500 mg tablet,delayed release - Take 1 tablet(s) every day by oral route for 90 days. Qty: 90 tablet(s) Refills: 3 Pharmacy: COSTCO PHARMACY #0735
- risperidone 1 mg tablet - Take 1 tablet(s) twice a day by oral route for 365 days. Qty: 90 tablet(s) Refills: 3 Pharmacy: COSTCO PHARMACY #0735

**4. Major depressive disorder -**
Currently a little more down due to financial stress and due to dad's death. continue duloxetine and counseling. Switch duloxetine to morning.
F32.9: Major depressive disorder, single episode, unspecified

**5. Anxiety -**
Pretty well controlled on the lexapro.
F41.9: Anxiety disorder, unspecified

**6. Asthma**
J45.909: Unspecified asthma, uncomplicated
- Ventolin HFA 90 mcg/actuation aerosol inhaler - Inhale 2 puff(s) every 4 hours by inhalation route. Qty: 1 unit(s) Refills: 4 Pharmacy: COSTCO PHARMACY #0735

## Return to Office
Patient will return to the office as needed.

## Encounter Sign-Off
Encounter signed-off by Nathan Phelps, MD, 04/09/2022.

Encounter performed and documented by Nathan Phelps, MD
Encounter reviewed & signed by Nathan Phelps, MD on 04/09/2022 at 1:10pm

Screening: PHQ-2/PHQ-9

[signature] MD

DISABILITY CERTIFICATION for WEST, ALEXANDER [redacted]987 (35yo M) #184948

DISABILITY CERTIFICATION for WEST, ALEXANDER [redacted]1987 (35yo M) #184948

Bountiful
INTERNAL MEDICINE
520 Medical Drive, Suite 300
Bountiful, Utah 84010
801-292-1422

August 26, 2022

Alexander West
DOB 5/27/1987

To Whom It May Concern:

Alexander West has a diagnosis of autism spectrum disorder, major depressive disorder, anxiety and a learning disability. He has had lots of challenges and difficulties communicating with others on a daily basis. He is taking medications to help with these issues and needs extra understanding when working with others. It has been hard for him to hold a job recently and part of this is exacerbated by the recent death of his father.

Please let us know if you have any other issues.

Sincerely,

Nathan Phelps, MD

BOUNTIFUL INTERNAL MEDICINE • 763 N Redwood Road, NORTH SALT LAKE UT 84054-2895

**WEST, Alexander (id #184948, dob: [redacted]1987)**

Date: 04/09/2022

Dear Alexander West,

The following is a summary of your visit today. If you have any questions, please contact our office.

Sincerely,

Electronically Signed by: NATHAN PHELPS, MD

## Patient Care Summary for Alexander West

### Most Recent Encounter

04/09/2022 Nathan A Phelps: 763 N Redwood Road, Suite 110, North Salt Lake, UT 84054-2895, Ph. tel:+1-801-2921423

### Reason for Visit

None recorded.

### Assessment and Plan

The following list includes any diagnoses that were discussed at your visit.

1. Autistic disorder
   - neuropsychologist referral
2. Nonverbal learning disorder
3. Difficulty controlling anger
   - divalproex 500 mg tablet,delayed release
   - risperidone 1 mg tablet
4. Major depressive disorder
5. Anxiety
6. Asthma
   - Ventolin HFA 90 mcg/actuation aerosol inhaler

Discussion Note: None recorded.

Patient educational handouts: No information available.

BOUNTIFUL INTERNAL MEDICINE • 763 N Redwood Road, NORTH SALT LAKE UT 84054-2895

WEST, Alexander (Id #184948, dob: [redacted]1987)

## Plan of Care

**Reminders**

| | | | Provider |
|---|---|---|---|
| Appointments | None recorded. | | |
| Lab | None recorded. | | |
| Referral | Neuropsychologist Referral | 04/09/2022 | |
| Procedures | None recorded. | | |
| Surgeries | None recorded. | | |
| Imaging | None recorded. | | |

## Current Medications

Your medical record indicates you are on the following medicine. If this list is not consistent with the medications you are currently taking, or if you are taking additional over-the-counter medicines, please inform your provider.

| Name | Prescribed Date | Start Date |
|---|---|---|
| divalproex 500 mg tablet,delayed release<br>Take 1 tablet every day by oral route for 90 days. | 04/09/2022 | |
| duloxetine 30 mg capsule,delayed release<br>Take 1 capsule every day by oral route. | | |
| risperidone 1 mg tablet<br>Take 1 tablet twice a day by oral route for 365 days. | 04/09/2022 | |
| Ventolin HFA 90 mcg/actuation aerosol inhaler<br>Inhale 2 puffs every 4 hours by inhalation route. | 04/09/2022 | |

## Medications Administered

None recorded.

## Vitals

| Height | Weight | BMI | Blood Pressure | Pulse | O2 Saturation | Temperature |
|---|---|---|---|---|---|---|
| 5 ft 10 in | 240 lbs 16 oz With clothes | 34.6 kg/m2 | 134/82 mm[Hg] | 92 bpm | 94% | 96.7 F° temporal artery |

## Results

**Lab Results**

None recorded.

## Allergies

Please review your allergy list for accuracy. Contact your provider if this list needs to be updated.

None recorded.

**WEST, Alexander (Id #184948, dob: [redacted]987)**

What is your level of alcohol consumption?: None
**Diet and Exercise**
What is your exercise level?: None
**Marriage and Sexuality**
What is your relationship status?: Single

## HPI

35 yo male with autism, major depressive disorder, anger management complaints. and He reports that he finally got on disability last monthWonders if he should be on SSI.

Complains of depression lately. Still down from his father's death. Having difficulty handling his finances. Has been crying a lot. Hangs out by himself and his cat. Doesn't have many close friends. Is still doing counseling with Feller Behavioral health. Denies suicidal thoughts.

Risperidone has helped some with the anger issues and being mean and some impulsivity, but not as much with depression.

## Physical Exam

Well looking. No distress. Won't look me in the eyes when he talks. Rambles.

## Assessment / Plan

**1. Difficulty controlling anger -**
Improving with the risperidone 1 mg BID and once daily divalproex.
R45.4: Irritability and anger

**2. Major depressive disorder -**
Continue risperidone. Increase duloxetine from 30 mg one tab daily to 30 mg tab two tabs daily.
F32.9: Major depressive disorder, single episode, unspecified
- duloxetine 30 mg capsule,delayed release - 2 capsules per day Qty: 180 capsule(s) Refills: 1 Pharmacy: COSTCO PHARMACY #0735

**3. Asthma -**
PRN ventolin.
J45.909: Unspecified asthma, uncomplicated

**4. Autistic disorder -**
I feel that this qualifies as a disability.
F84.5: Asperger's syndrome

**5. Nonverbal learning disorder -**
this qualifies as a disability and makes it difficult to maintain interpersonal relationships and makes it difficult to maintain a job.
F81.9: Developmental disorder of scholastic skills, unspecified

**6. Anxiety -**
Continue lexapro.
F41.9: Anxiety disorder, unspecified

## Return to Office

Patient will return to the office as needed.

## Amendment Sign-Off

Encounter signed-off by Nathan Phelps, MD, 06/14/2022.

Encounter performed and documented by Nathan Phelps, MD
Encounter reviewed & signed by Nathan Phelps, MD on 06/14/2022 at 2:35pm
Amendment closed by Nathan Phelps, MD on 06/14/2022 at 2:36pm

**WEST, Alexander (Id #184948, dob: [redacted]987)**

## Assessment and Plan

The following list includes any diagnoses that were discussed at your visit.

1. Difficulty controlling anger
2. Major depressive disorder
3. Anxiety
4. Asthma
5. ~~Autistic disorder~~
6. Nonverbal learning disorder

Discussion Note: None recorded.

Patient educational handouts: No information available.

## Plan of Care

| Reminders | | | Provider |
|---|---|---|---|
| ~~Appointments~~ | ~~Follow-up 30~~ | ~~06/14/2022 2:00PM~~ | ~~Nathan A Phelps, MD~~ |
| Lab | None recorded. | | |
| Referral | None recorded. | | |
| Procedures | None recorded. | | |
| Surgeries | None recorded. | | |
| Imaging | None recorded. | | |

## Current Medications

Your medical record indicates you are on the following medicine. If this list is not consistent with the medications you are currently taking, or if you are taking additional over-the-counter medicines, please inform your provider.

| Name | Prescribed Date | Start Date |
|---|---|---|
| divalproex 500 mg tablet,delayed release<br>Take 1 tablet every day by oral route for 90 days. | 04/09/2022 | |
| duloxetine 30 mg capsule,delayed release<br>Take 1 capsule every day by oral route. | | |
| risperidone 1 mg tablet<br>Take 1 tablet twice a day by oral route for 365 days. | 04/09/2022 | |
| Ventolin HFA 90 mcg/actuation aerosol inhaler<br>Inhale 2 puffs every 4 hours by inhalation route. | 04/09/2022 | |

## Medications Administered

None recorded.

## Vitals

| Height | Weight | BMI | Blood Pressure | Pulse | O2 Saturation | Temperature |
|---|---|---|---|---|---|---|
| 5 ft 10 in | 248 lbs 16 oz | 35.7 kg/m2 | 112/83 mm[Hg] | 102 bpm | 95.01% | 98.4 F° |

**WEST, Alexander (Id #184948, dob: [redacted]1987)**

## Problems

| Name | Status | Onset Date | Source |
|---|---|---|---|
| Major Depressive Disorder | Active | 04/09/2022 | |
| Autistic Disorder | Active | 04/09/2022 | |
| Anxiety | Active | 04/09/2022 | |

## Procedures

None recorded.

## Vaccine List

Here is a copy of your most up-to-date vaccination list.

None recorded.

## Tobacco Smoking Status

Tobacco Smoking Status — Never Smoker

## Past Encounters

04/09/2022
Autistic Disorder; Nonverbal Learning Disorder; Difficulty Controlling Anger; Major Depressive Disorder; Anxiety; Asthma
Nathan A Phelps, MD: 763 N Redwood Road, Suite 110, North Salt Lake, UT 84054-2895, Ph. (801) 292-1423

## Demographics

| | | | |
|---|---|---|---|
| Sex: | Male | Ethnicity: | Information not available |
| DOB: | [redacted]1987 | Race: | Information not available |
| Preferred language: | Information not available | Marital status: | Information not available |

Contact: 1941 Ridgehill Drive, Bountiful, UT 84010, Ph. tel:+1-801-5806404

**WEST, Alexander (id #184948, dob: [redacted]987)**

**Patient**

| | | | |
|---|---|---|---|
| **Name** | WEST, ALEXANDER (34yo, M) ID# 184948 | **Appt. Date/Time** | 04/09/2022 12:15PM |
| **DOB** | [redacted]/1987 | **Service Dept.** | Foxboro |
| **Provider** | NATHAN PHELPS, MD | | |
| **Insurance** | Med Primary: M[redacted]UT (MEDICARE)<br>Insurance # : [redacted]T24<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. | | |

**Chief Complaint**

None recorded.

**Patient's Pharmacies**

**COSTCO PHARMACY #0735 (ERX): 573 WEST 100 NORTH, BOUNTIFUL, UT 84087, Ph (801) 299-3968, Fax (801) 299-3965**

**Vitals**

**Ht:** 5 ft 10 in 04/09/2022 11:48 am
**Pulse:** 92 bpm 04/09/2022 11:48 am
**T:** 96.7 F° temporal artery 04/09/2022 11:48 am
**Wt:** 241 lbs With clothes 04/09/2022 11:48 am
**BMI:** 34.6 04/09/2022 11:48 am
**BP:** 134/82 sitting L.arm 04/09/2022 11:48 am
**O2Sat:** 94% 04/09/2022 11:48 am

**Allergies**

Reviewed Allergies

**Medications**

Reviewed Medications

**divalproex 500 mg tablet,delayed release** — 04/09/22 prescribed
Take 1 tablet(s) every day by oral route for 90 days.
**Internal Note:** for mood disorder? he is not sure

**DULoxetine 30 mg capsule,delayed release** — 04/09/22 entered
Take 1 capsule(s) every day by oral route.

**risperiDONE 1 mg tablet** — 04/09/22 prescribed
Take 1 tablet(s) twice a day by oral route for 365 days.
**Internal Note:** for sleep

**Ventolin HFA 90 mcg/actuation aerosol inhaler** — 04/09/22 prescribed
Inhale 2 puff(s) every 4 hours by inhalation route.

**Vaccines**

None recorded.

**Problems**

Reviewed Problems

- Major depressive disorder - Onset: 04/09/2022
- Anxiety - Onset: 04/09/2022
- Autistic disorder - Onset: 04/09/2022

**Family History**

Reviewed Family History

**Social History**

Reviewed Social History

**WEST, Alexander (id #184948, dob: [redacted]/1987)**

## Demographics

| | | | |
|---|---|---|---|
| Sex: | Male | Ethnicity: | Information not available |
| DOB: | [redacted]1987 | Race: | Information not available |
| Preferred language: | Information not available | Marital status: | Information not available |

Contact: 1941 Ridgehill Dr, Bountiful, UT 84010-1022, Ph. tel:+1-801-7250129

## Assessment and Plan

The following list includes any diagnoses that were discussed at your visit.

1. Difficulty controlling anger
• risperidone 1 mg tablet

2. Major depressive disorder
• duloxetine 60 mg capsule,delayed release

3. Anxiety

4. Autistic disorder

5. Asthma

6. Nonverbal learning disorder

7. Obesity

Discussion Note: None recorded.

Patient educational handouts: No information available.

## Plan of Care

| Reminders | | Provider |
|---|---|---|
| Appointments | None recorded. | |
| Lab | None recorded. | |
| Referral | None recorded. | |
| Procedures | None recorded. | |
| Surgeries | None recorded. | |
| Imaging | None recorded. | |

## Current Medications

Your medical record indicates you are on the following medicine. If this list is not consistent with the medications you are currently taking, or if you are taking additional over-the-counter medicines, please inform your provider.

| Name | Prescribed Date | Start Date |
|---|---|---|
| divalproex 500 mg tablet,delayed release<br>Take 1 tablet every day by oral route for 90 days. | 04/09/2022 | |
| duloxetine 30 mg capsule,delayed release<br>2 capsules per day | 07/19/2022 | |
| duloxetine 60 mg capsule,delayed release<br>1 60 mg capsule in morning | 07/26/2022 | |
| risperidone 1 mg tablet<br>Take 1 tablet twice a day by oral route. | 07/26/2022 | |
| Ventolin HFA 90 mcg/actuation aerosol inhaler<br>Inhale 2 puffs every 4 hours by inhalation route. | 04/09/2022 | |

## Results

**Lab Results**

None recorded.

## Allergies

Please review your allergy list for accuracy. Contact your provider if this list needs to be updated.

None recorded.

## Problems

| Name | Status | Onset Date | Source |
|---|---|---|---|
| Major Depressive Disorder | Active | 04/09/2022 | |
| Autistic Disorder | Active | 04/09/2022 | |
| Anxiety | Active | 04/09/2022 | |

## Procedures

None recorded.

## Vaccine List

Here is a copy of your most up-to-date vaccination list.

None recorded.

## Tobacco Smoking Status

| | |
|---|---|
| Tobacco Smoking Status | Never Smoker |

## Past Encounters

05/12/2022
Difficulty Controlling Anger; Major Depressive Disorder; Anxiety; Asthma; Autistic Disorder; Nonverbal Learning Disorder
Nathan A Phelps, MD: 520 Medical Drive Ste 300, Bountiful, UT 84010-8925, Ph. (801) 292-1422

## Demographics

| | | | |
|---|---|---|---|
| Sex: | Male | Ethnicity: | Information not available |
| DOB: | [redacted]1987 | Race: | Information not available |
| Preferred language: | Information not available | Marital status: | Information not available |
| Contact: | 1941 Ridgehill Dr, Bountiful, UT 84010-1022, Ph. tel:+1-801-7250129 | | |

**WEST, Alexander (id #184948, dob: [redacted]1987)**

What is your level of alcohol consumption?: None
**Diet and Exercise**
What is your exercise level?: None
**Marriage and Sexuality**
What is your relationship status?: Single

## HPI

35 yo male with autism, major depressive disorder, anger management complaints. and He reports that he finally got on disability last monthWonders if he should be on SSI.

Complains of depression lately. Still down from his father's death. Having difficulty handling his finances. Has been crying a lot. Hangs out by himself and his cat. Doesn't have many close friends. Is still doing counselling with Feller Behavioral health. Denies suicidal thoughts.

Risperidone has helped some with the anger issues and being mean and some impulsivity, but not as much with depression.

## Physical Exam

Well looking. No distress. Won't look me in the eyes when he talks. Rambles.

## Assessment / Plan

**1. Difficulty controlling anger -**
Improving with the risperidone 1 mg BID and once daily divalproex.
R45.4: Irritability and anger

**2. Major depressive disorder -**
Continue risperidone. Increase duloxetine from 30 mg one tab daily to 30 mg tab two tabs daily.
F32.9: Major depressive disorder, single episode, unspecified
- duloxetine 30 mg capsule,delayed release - 2 capsules per day Qty: 180 capsule(s) Refills: 1 Pharmacy: COSTCO PHARMACY #0735

**3. Asthma -**
PRN ventolin.
J45.909: Unspecified asthma, uncomplicated

**4. Autistic disorder -**
I feel that this qualifies as a disability.
F84.5: Asperger's syndrome

**5. Nonverbal learning disorder -**
this qualifies as a disability and makes it difficult to maintain interpersonal relationships and makes it difficult to maintain a job.
F81.9: Developmental disorder of scholastic skills, unspecified

**6. Anxiety -**
Continue lexapro.
F41.9: Anxiety disorder, unspecified

## Return to Office
Patient will return to the office as needed.

## Amendment Sign-Off
Encounter signed-off by Nathan Phelps, MD, 06/14/2022.

Encounter performed and documented by Nathan Phelps, MD
Encounter reviewed & signed by Nathan Phelps, MD on 06/14/2022 at 2:35pm
Amendment closed by Nathan Phelps, MD on 06/14/2022 at 2:36pm

**WEST, Alexander (id #184948, dob: [redacted]/1987)**

## Assessment and Plan

The following list includes any diagnoses that were discussed at your visit.

1. Difficulty controlling anger

2. Major depressive disorder
   - duloxetine 30 mg capsule,delayed release

3. Asthma

4. Autistic disorder

5. Nonverbal learning disorder

Discussion Note: None recorded.

Patient educational handouts: No information available.

## Plan of Care

| Reminders | | Provider |
|---|---|---|
| Appointments | None recorded. | |
| Lab | None recorded. | |
| Referral | None recorded. | |
| Procedures | None recorded. | |
| Surgeries | None recorded. | |
| Imaging | None recorded. | |

## Current Medications

Your medical record indicates you are on the following medicine. If this list is not consistent with the medications you are currently taking, or if you are taking additional over-the-counter medicines, please inform your provider.

| Name | Prescribed Date | Start Date |
|---|---|---|
| divalproex 500 mg tablet,delayed release<br>Take 1 tablet every day by oral route for 90 days. | 04/09/2022 | |
| duloxetine 30 mg capsule,delayed release<br>2 capsules per day | 06/14/2022 | |
| risperidone 1 mg tablet<br>Take 1 tablet twice a day by oral route for 365 days. | 04/09/2022 | |
| Ventolin HFA 90 mcg/actuation aerosol inhaler<br>Inhale 2 puffs every 4 hours by inhalation route. | 04/09/2022 | |

## Medications Administered

None recorded.

## Vitals

| Height | Weight | BMI | Blood Pressure | O2 Saturation | Temperature |
|---|---|---|---|---|---|
| 5 ft 10 in | 249 lbs 15.68 oz | 35.9 kg/m2 | 112/84 mm[Hg] | 95% | 97.3 F° |

**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
What is your level of alcohol consumption?: None
**Marriage and Sexuality**
What is your relationship status?: Single
**Gender Identity and LGBTQ Identity**

## Screening

| Name | Score | Notes |
|---|---|---|
| PHQ-2/PHQ-9 | 13 (for the PHQ-9) | |

## HPI

New patient to me. He has autistic disorder. He lives in a condo on his own - his parents pay for it.

Struggles to keep a job due to anger issues, difficulty with interpersonal skills. He lost his job a couple months ago. Will start part time at WalMart in next couple months. Has been on disability in past, but then was making too much money - so he reports that he owes social security $10,000 and IRS $5,000 and car $9000.

His dad recently died (Scott West, MD) and he was prescribing all his meds. Has not seen another doctor for at least a few years.

Emotionally he is overwhelmed, due to the financial stress and the death of his dad.
No suicidal thoughts, no history of suicide attempts.

History of asthma, could occasionally use inhaler

Mom reports that he has "manic episodes" where he "loses his cookies". He calls this impulsivity, defiance, anger issues. This happens a lot at work and this makes it difficult to maintain a job. Has been doing some counseling with Feller Behavioral health. He has a shopping addiction, a pornography addiction. He hasn't gotten arrested in past for solicitation. Mom reports that he is becoming unmanageable. he is constantly wanting more. he has everything that he needs and it is never enough. He is constantly asking asking for more.

Has not had any significant cognitive evaluation in past 20 years.

Has small circle of support. Has a lot of acquaintances, but not a lot of people he can count on.

## ROS

**Additionally reports:**

**12 point review was negative except as stated in HPI and chronic intermittent back pain.**

## Physical Exam

Gen: no distress, well looking, obese

Head: NCAT

Ears: normal hearing, normal TMs

Eyes: PERRL

Mouth: no lesions

Neck: no thyromegaly or adenopathy

Lungs: CTABL, normal respiratory effort

Heart: RRR, no murmur

Abdomen: Soft, non-tender, nondistended, no HSM

Extremities: warm, no edema, normal PT pulses

Psych: odd affect and communication.

Neuro: Alert and oriented to self and place.

## Assessment / Plan

WEST, Alexander (id #184948, dob: [redacted]987)

## Results

### Lab Results

None recorded.

## Allergies

Please review your allergy list for accuracy. Contact your provider if this list needs to be updated.

None recorded.

## Problems

| Name | Status | Onset Date | Source |
|---|---|---|---|
| Major Depressive Disorder | Active | 04/09/2022 | |
| Autistic Disorder | Active | 04/09/2022 | |
| Anxiety | Active | 04/09/2022 | |

## Procedures

None recorded.

## Vaccine List

Here is a copy of your most up-to-date vaccination list.

None recorded.

## Tobacco Smoking Status

| | |
|---|---|
| Tobacco Smoking Status | Never Smoker |

## Past Encounters

05/12/2022
Difficulty Controlling Anger; Major Depressive Disorder; Anxiety; Asthma; Autistic Disorder; Nonverbal Learning Disorder
Nathan A Phelps, MD: 520 Medical Drive Ste 300, Bountiful, UT 84010-8925, Ph. (801) 292-1422

## Demographics

| | | | |
|---|---|---|---|
| Sex: | Male | Ethnicity: | Information not available |
| DOB: | [redacted]1987 | Race: | Information not available |
| Preferred language: | Information not available | Marital status: | Information not available |
| Contact: | 1941 Ridgehill Dr, Bountiful, UT 84010-1022, Ph. tel:+1-801-7250129 | | |

WEST, Alexander (id #184948, dob: [redacted]1987)

## Assessment and Plan

The following list includes any diagnoses that were discussed at your visit.

1. Difficulty controlling anger
   - risperidone 1 mg tablet
2. Major depressive disorder
   - duloxetine 60 mg capsule,delayed release
3. Anxiety
4. Autistic disorder
5. Asthma
6. Nonverbal learning disorder
7. Obesity

Discussion Note: None recorded.

Patient educational handouts: No information available.

## Plan of Care

| Reminders | | Provider |
|---|---|---|
| Appointments | None recorded. | |
| Lab | None recorded. | |
| Referral | None recorded. | |
| Procedures | None recorded. | |
| Surgeries | None recorded. | |
| Imaging | None recorded. | |

## Current Medications

Your medical record indicates you are on the following medicine. If this list is not consistent with the medications you are currently taking, or if you are taking additional over-the-counter medicines, please inform your provider.

| Name | Prescribed Date | Start Date |
|---|---|---|
| divalproex 500 mg tablet,delayed release<br>Take 1 tablet every day by oral route for 90 days. | 04/09/2022 | |
| duloxetine 30 mg capsule,delayed release<br>2 capsules per day | 07/19/2022 | |
| duloxetine 60 mg capsule,delayed release<br>1 60 mg capsule in morning | 07/26/2022 | |
| risperidone 1 mg tablet<br>Take 1 tablet twice a day by oral route. | 07/26/2022 | |
| Ventolin HFA 90 mcg/actuation aerosol inhaler<br>Inhale 2 puffs every 4 hours by inhalation route. | 04/09/2022 | |

BOUNTIFUL INTERNAL MEDICINE • 520 Medical Drive STE 300, BOUNTIFUL UT 84010-8925

WEST, Alexander (id #184948, dob: [redacted]1987)

**Demographics**

| | | | |
|---|---|---|---|
| Sex: | Male | Ethnicity: | Information not available |
| DOB: | 05/27/1987 | Race: | Information not available |
| Preferred language: | Information not available | Marital status: | Information not available |

Contact: 1941 Ridgehill Dr, Bountiful, UT 84010-1022, Ph. tel:+1-801-7250129

## Medications Administered

None recorded.

## Vitals

| Height | Weight | BMI | Blood Pressure | Pulse | O2 Saturation | Temperature |
|---|---|---|---|---|---|---|
| 5 ft 10 in | 254 lbs 16 oz | 36.6 kg/m2 | 112/92 mm[Hg] | 110 bpm | 96% | 99.4 F° |

## Results

Lab Results

None recorded.

## Allergies

Please review your allergy list for accuracy. Contact your provider if this list needs to be updated.

| Name | Reaction | Severity | Onset |
|---|---|---|---|
| | | | |

| Code | Code System |
|---|---|
| NKDA | |

## Problems

| Name | Status | Onset Date | Source |
|---|---|---|---|
| Major Depressive Disorder | Active | 04/09/2022 | |
| Autistic Disorder | Active | 04/09/2022 | |
| Anxiety | Active | 04/09/2022 | |

## Procedures

None recorded.

## Vaccine List

Here is a copy of your most up-to-date vaccination list.

None recorded.

## Tobacco Smoking Status

| | |
|---|---|
| Tobacco Smoking Status | Never Smoker |

## Past Encounters

07/26/2022
Difficulty Controlling Anger; Major Depressive Disorder; Anxiety; Autistic Disorder; Asthma; Nonverbal Learning Disorder; Obesity
Nathan A Phelps, MD: 520 Medical Drive Ste 300, Bountiful, UT 84010-8925, Ph. (801) 292-1422

BOUNTIFUL INTERNAL MEDICINE • 520 Medical Drive STE 300, BOUNTIFUL UT 84010-8925

**WEST, Alexander (id #184948, dob: [redacted]/1987)**

Last amended by Nathan Phelps, MD on 06/14/2022 at 2:37pm

| | | | |
|---|---|---|---|
| Patient Name | WEST, ALEXANDER (34yo, M) ID# 184948 | **Appt. Date/Time** | 05/12/2022 02:00PM |
| | | **Service Dept.** | BOUNTIFUL INTERNAL MEDICINE |
| **DOB** | [redacted]1987 | | |
| **Provider** | NATHAN PHELPS, MD | | |
| **Insurance** | Med Primary: MEDICARE-UT (MEDICARE)<br>Insurance # : [redacted]TT24<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

Chief Complaint

Follow-Up:

Patient's Pharmacies

COSTCO PHARMACY #0735 (ERX): 573 WEST 100 NORTH, BOUNTIFUL, UT 84087, Ph (801) 299-3968, Fax (801) 299-3965

Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 10 in 05/12/2022 01:45 pm | **Pulse:** | 102 bpm 05/12/2022 01:47 pm | **T:** | 98.4 F° 05/12/2022 01:46 pm |
| **Wt:** | 249 lbs 05/12/2022 01:46 pm | **BMI:** | 35.7 05/12/2022 01:46 pm | **BP:** | 112/83 sitting R-arm 05/12/2022 01:47 pm |
| **O2Sat:** | 95.01% 05/12/2022 01:47 pm | | | | |

Allergies

Reviewed Allergies

Medications

Reviewed Medications

| | |
|---|---|
| **divalproex 500 mg tablet,delayed release**<br>Take 1 tablet(s) every day by oral route for 90 days.<br>**Internal Note:** for mood disorder? he is not sure | 04/09/22 prescribed |
| **DULoxetine 30 mg capsule,delayed release**<br>Take 1 capsule(s) every day by oral route. | 04/09/22 entered |
| **risperIDONE 1 mg tablet**<br>Take 1 tablet(s) twice a day by oral route for 365 days.<br>**Internal Note:** for sleep | 04/09/22 prescribed |
| **Ventolin HFA 90 mcg/actuation aerosol inhaler**<br>Inhale 2 puff(s) every 4 hours by inhalation route. | 04/09/22 prescribed |

Vaccines

None recorded.

Problems

Reviewed Problems

- Major depressive disorder - Onset: 04/09/2022
- Anxiety - Onset: 04/09/2022
- Autistic disorder - Onset: 04/09/2022

Family History

Reviewed Family History

Social History

Reviewed Social History

DISABILITY CERTIFICATION for WEST, ALEXANDER [redacted]1987 (35yo M) #184948

Bountiful INTERNAL MEDICINE
520 Medical Drive, Suite 300
Bountiful, Utah 84010
801-292-1422

August 26, 2022

Alexander West
DOB 5/27/1987

To Whom It May Concern:

Alexander West has a diagnosis of autism spectrum disorder, major depressive disorder, anxiety and a learning disability. He has had lots of challenges and difficulties communicating with others on a daily basis. He is taking medications to help with these issues and needs extra understanding when working with others. It has been hard for him to hold a job recently and part of this is exacerbated by the recent death of his father.

Please let us know if you have any other issues.

Sincerely,

Nathan Phelps, MD

What is your level of alcohol consumption?: None
**Diet and Exercise**
What is your exercise level?: None
**Marriage and Sexuality**
What is your relationship status?: Single

## HPI

35 yo male with autism, major depressive disorder, anger management complaints. and He reports that he finally got on disability last monthWonders if he should be on SSI.

Complains of depression lately. Still down from his father's death. Having difficulty handling his finances. Has been crying a lot. Hangs oulby himself and his cat. Doesn't have many close friends. Is still doing counseling with Feller Behavioral health. Denies sucidal thoughts.

Risperidone has helped some with the anger issues and being mean and some impulsivity, but not as much with depression.

## Physical Exam

Well looking. No distress. Won't look me in the eyes when he talks. Rambles.

## Assessment / Plan

**1. Difficulty controlling anger -**
Improving with the risperidone 1 mg BID and once daily divalproex.
R45.4: Irritability and anger

**2. Major depressive disorder -**
Continue risperidone. Increase duloxetine from 30 mg one tab daily to 30 mg tab two tabs daily.
F32.9: Major depressive disorder, single episode, unspecified
- duloxetine 30 mg capsule,delayed release - 2 capsules per day Qty: 180 capsule(s) Refills: 1 Pharmacy: COSTCO PHARMACY #0735

**3. Asthma -**
PRN ventolin.
J45.909: Unspecified asthma, uncomplicated

**4. Autistic disorder -**
I feel that this qualifies as a disability.
F84.5: Asperger's syndrome

**5. Nonverbal learning disorder -**
this qualifies as a disability and makes it difficult to maintain interpersonal relationships and makes it difficult to maintain a job.
F81.9: Developmental disorder of scholastic skills, unspecified

**6. Anxiety -**
Continue lexapro.
F41.9: Anxiety disorder, unspecified

## Return to Office

Patient will return to the office as needed.

## Amendment Sign-Off

Encounter signed-off by Nathan Phelps, MD, 06/14/2022.

Encounter performed and documented by Nathan Phelps, MD
Encounter reviewed & signed by Nathan Phelps, MD on 06/14/2022 at 2:35pm
Amendment closed by Nathan Phelps, MD on 06/14/2022 at 2:36pm

Last amended by Nathan Phelps, MD on 06/14/2022 at 2:36pm

## Patient

| | | | |
|---|---|---|---|
| **Name** | WEST, ALEXANDER (35yo, M) ID# 184948 | **Appt. Date/Time** | 06/14/2022 02:00PM |
| **DOB** | [redacted]1987 | **Service Dept.** | BOUNTIFUL INTERNAL MEDICINE |
| **Provider** | NATHAN PHELPS, MD | | |
| **Insurance** | Med Primary: MEDICARE-UT (MEDICARE)<br>Insurance # : [redacted]TT24<br>Prescription: CVS\|CAREMARK - Member is eligible. | | |

## Chief Complaint

Follow Up

## Patient's Pharmacies

**COSTCO PHARMACY #0735 (ERX): 573 WEST 100 NORTH, BOUNTIFUL, UT 84087, Ph (801) 299-3968, Fax (801) 299-3965**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 10 in 06/14/2022 01:59 pm | **T:** | 97.3 F° 06/14/2022 02:00 pm | **Wt:** | 249 lbs 15.68 oz 06/14/2022 02:01 pm |
| **BMI:** | 35.9 06/14/2022 02:00 pm | **BP:** | 112/84 sitting R arm 06/14/2022 02:02 pm | **O2Sat:** | 95% 06/14/2022 02:02 pm |

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

**divalproex 500 mg tablet,delayed release** — 04/09/22 prescribed
Take 1 tablet(s) every day by oral route for 90 days.
**Internal Note:** for mood disorder? he is not sure

**DULoxetine 30 mg capsule,delayed release** — 06/14/22 prescribed
2 capsules per day

**risperiDONE 1 mg tablet** — 04/09/22 prescribed
Take 1 tablet(s) twice a day by oral route for 365 days.
**Internal Note:** for sleep

**Ventolin HFA 90 mcg/actuation aerosol inhaler** — 04/09/22 prescribed
Inhale 2 puff(s) every 4 hours by inhalation route.

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Major depressive disorder - Onset: 04/09/2022
- Anxiety - Onset: 04/09/2022
- Autistic disorder - Onset: 04/09/2022

## Family History

Family History not reviewed (last reviewed 05/12/2022)

## Social History

Social History not reviewed (last reviewed 05/12/2022)
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker

BOUNTIFUL INTERNAL MEDICINE • 520 Medical Drive STE 300, BOUNTIFUL UT 84010-8925

WEST, Alexander (id #184948, dob: [redacted]1987)

## Results

Lab Results

None recorded.

## Allergies

Please review your allergy list for accuracy. Contact your provider if this list needs to be updated.

| Code | Code System | Name | Reaction | Severity | Onset |
|---|---|---|---|---|---|
| NKDA | | | | | |

## Problems

| Name | Status | Onset Date | Source |
|---|---|---|---|
| Major Depressive Disorder | Active | 04/09/2022 | |
| Autistic Disorder | Active | 04/09/2022 | |
| Anxiety | Active | 04/09/2022 | |

## Procedures

None recorded.

## Vaccine List

Here is a copy of your most up-to-date vaccination list.

None recorded.

## Tobacco Smoking Status

| | |
|---|---|
| Tobacco Smoking Status | Never Smoker |

## Past Encounters

06/14/2022
Difficulty Controlling Anger; Major Depressive Disorder; Asthma; Autistic Disorder; Nonverbal Learning Disorder
Nathan A Phelps, MD: 520 Medical Drive Ste 300, Bountiful, UT 84010-8925, Ph. (801) 292-1422

## Demographics

| | | | |
|---|---|---|---|
| Sex: | Male | Ethnicity: | Information not available |
| DOB: | [redacted]1987 | Race: | Information not available |
| Preferred language: | Information not available | Marital status: | Information not available |
| Contact: | 1941 Ridgehill Dr, Bountiful, UT 84010-1022, Ph. tel:+1-801-7250129 | | |

What is your level of alcohol consumption?: None

**Diet and Exercise**

What is your exercise level?: None

**Marriage and Sexuality**

What is your relationship status?: Single

## HPI

35 yo male with autism, major depressive disorder, anger management complaints. and He reports that he finally got on disability last monthWonders if he should be on SSI.

Complains of depression lately. Still down from his father's death. Having difficulty handling his finances. Has been crying a lot. Hangs out by himself and his cat. Doesn't have many close friends. Is still doing counseling with Feller Behavioral health. Denies suicidal thoughts.

Risperidone has helped some with the anger issues and being mean and some impulsivity, but not as much with depression.

## Physical Exam

Well looking. No distress. Won't look me in the eyes when he talks. Rambles.

## Assessment / Plan

**1. Difficulty controlling anger -**
Improving with the risperidone 1 mg BID and once daily divalproex.
R45.4: Irritability and anger

**2. Major depressive disorder -**
Continue risperidone. Increase duloxetine from 30 mg one tab daily to 30 mg tab two tabs daily.
F32.9: Major depressive disorder, single episode, unspecified
- duloxetine 30 mg capsule,delayed release - 2 capsules per day Qty: 180 capsule(s) Refills: 1 Pharmacy: COSTCO PHARMACY #0735

**3. Asthma -**
PRN ventolin.
J45.909: Unspecified asthma, uncomplicated

**4. Autistic disorder -**
I feel that this qualifies as a disability.
F84.5: Asperger's syndrome

**5. Nonverbal learning disorder -**
this qualifies as a disability and makes it difficult to maintain interpersonal relationships and makes it difficult to maintain a job.
F81.9: Developmental disorder of scholastic skills, unspecified

**6. Anxiety -**
Continue lexapro.
F41.9: Anxiety disorder, unspecified

## Return to Office

Patient will return to the office as needed.

## Amendment Sign-Off

Encounter signed-off by Nathan Phelps, MD, 06/14/2022.

Encounter performed and documented by Nathan Phelps, MD
Encounter reviewed & signed by Nathan Phelps, MD on 06/14/2022 at 2:35pm
Amendment closed by Nathan Phelps, MD on 06/14/2022 at 2:36pm

**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
What is your level of alcohol consumption?: None
**Diet and Exercise**
What is your exercise level?: None
**Marriage and Sexuality**
What is your relationship status?: Single

## Screening

| Name | Score | Notes |
|---|---|---|
| PHQ-2/PHQ-9 | 23 (for the PHQ-9) | |

## HPI

Here for routine f/u. Has been busy emptying a storage unit and cleaning things out. Having trouble sleeping. Frustrated over disability papers and court decision. He rambled a lot and I couldn't tell what was going on with this. Still feeling down some. Mostly frustrated. Wanted to talk mostly about disability. He says that he is upset that they are saying he can't work full time.

He denies suicidal or homicidal thoughts. No hallucinations.

has only been taking one risperidone per day.

## Physical Exam

Well looking. No distress. Agtitated. REpeating self a lot. Wouldn't look me in the eyes much.

## Assessment / Plan

**1. Difficulty controlling anger -**
Only taking 1 risperidone, will increase to 2 daily. Continue divalproex.
R45.4: Irritability and anger

**2. Major depressive disorder -**
Continue duloxetine. Increase risperidone.
F32.9: Major depressive disorder, single episode, unspecified

**3. Anxiety -**
Continue duloxetine. off lexapro.
F41.9: Anxiety disorder, unspecified

**4. Asthma -**
PRN ventolin.
J45.909: Unspecified asthma, uncomplicated

**5. Autistic disorder -**
I feel that this qualifies as a disability.
F84.5: Asperger's syndrome

**6. Nonverbal learning disorder -**
this qualifies as a disability. he denies having had a neuropsych eval yet.
F81.9: Developmental disorder of scholastic skills, unspecified

## Return to Office

- Nathan Phelps, MD for FOLLOW UP 30 at BOUNTIFUL INTERNAL MEDICINE on 06/14/2022 at 02:00 PM

## Amendment Sign-Off

Encounter signed-off by Nathan Phelps, MD, 06/14/2022.

Encounter performed and documented by Nathan Phelps, MD
Encounter reviewed & signed by Nathan Phelps, MD on 05/12/2022 at 5:15pm
Amendment closed by Nathan Phelps, MD on 06/14/2022 at 2:37pm

Screening: PHQ-2/PHQ-9

**WEST, Alexander (id #184948, dob: [redacted]/1987)**

## Plan of Care

**Reminders**

| | | | Provider |
|---|---|---|---|
| Appointments | None recorded. | | |
| Lab | None recorded. | | |
| Referral | Neuropsychologist Referral | 04/09/2022 | |
| Procedures | None recorded. | | |
| Surgeries | None recorded. | | |
| Imaging | None recorded. | | |

## Current Medications

Your medical record indicates you are on the following medicine. If this list is not consistent with the medications you are currently taking, or if you are taking additional over-the-counter medicines, please inform your provider.

| Name | Prescribed Date | Start Date |
|---|---|---|
| divalproex 500 mg tablet,delayed release<br>Take 1 tablet every day by oral route for 90 days. | 04/09/2022 | |
| duloxetine 30 mg capsule,delayed release<br>Take 1 capsule every day by oral route. | | |
| risperidone 1 mg tablet<br>Take 1 tablet twice a day by oral route for 365 days. | 04/09/2022 | |
| Ventolin HFA 90 mcg/actuation aerosol inhaler<br>Inhale 2 puffs every 4 hours by inhalation route. | 04/09/2022 | |

## Medications Administered

None recorded.

## Vitals

| Height | Weight | BMI | Blood Pressure | Pulse | O2 Saturation | Temperature |
|---|---|---|---|---|---|---|
| 5 ft 10 in | 240 lbs 16 oz With clothes | 34.6 kg/m2 | 134/82 mm[Hg] | 92 bpm | 94% | 96.7 F° temporal artery |

## Results

**Lab Results**

None recorded.

## Allergies

Please review your allergy list for accuracy. Contact your provider if this list needs to be updated.

None recorded.

What is your level of alcohol consumption?: None
**Diet and Exercise**
What is your exercise level?: None
**Marriage and Sexuality**
What is your relationship status?: Single

## HPI

35 yo male with autism, major depressive disorder, anger management complaints. and He reports that he finally got on disability last monthWonders if he should be on SSI.

Complains of depression lately. Still down from his father's death. Having difficulty handling his finances. Has been crying a lot. Hangs out by himself and his cat. Doesn't have many close friends. Is still doing counseling with Feller Behavioral health. Denies suicidal thoughts.

Risperidone has helped some with the anger issues and being mean and some impulsivity, but not as much with depression.

## Physical Exam

Well looking. No distress. Won't look me in the eyes when he talks. Rambles.

## Assessment / Plan

**1. Difficulty controlling anger -**
Improving with the risperidone 1 mg BID and once daily divalproex.
R45.4: Irritability and anger

**2. Major depressive disorder -**
Continue risperidone. Increase duloxetine from 30 mg one tab daily to 30 mg tab two tabs daily.
F32.9: Major depressive disorder, single episode, unspecified
- duloxetine 30 mg capsule,delayed release - 2 capsules per day Qty: 180 capsule(s) Refills: 1 Pharmacy: COSTCO PHARMACY #0735

**3. Asthma -**
PRN ventolin.
J45.909: Unspecified asthma, uncomplicated

**4. Autistic disorder -**
I feel that this qualifies as a disability.
F84.5: Asperger's syndrome

**5. Nonverbal learning disorder -**
this qualifies as a disability and makes it difficult to maintain interpersonal relationships and makes it difficult to maintain a job.
F81.9: Developmental disorder of scholastic skills, unspecified

**6. Anxiety -**
Continue lexapro.
F41.9: Anxiety disorder, unspecified

## Return to Office

Patient will return to the office as needed.

## Amendment Sign-Off

Encounter signed-off by Nathan Phelps, MD, 06/14/2022.

Encounter performed and documented by Nathan Phelps, MD
Encounter reviewed & signed by Nathan Phelps, MD on 06/14/2022 at 2:35pm
Amendment closed by Nathan Phelps, MD on 06/14/2022 at 2:36pm

BOUNTIFUL INTERNAL MEDICINE • 763 N Redwood Road, NORTH SALT LAKE UT 84054-2895

**WEST, Alexander (id #184948, dob: [redacted]1987)**

## Patient

| | | | |
|---|---|---|---|
| **Name** | WEST, ALEXANDER (34yo, M) ID# 184948 | **Appt. Date/Time** | 04/09/2022 12:15PM |
| **DOB** | [redacted]1987 | **Service Dept.** | Foxboro |
| **Provider** | NATHAN PHELPS, MD | | |
| **Insurance** | Med Primary: M[redacted]-UT (MEDICARE)<br>Insurance # : [redacted]TT24<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. | | |

## Chief Complaint

None recorded.

## Patient's Pharmacies

**COSTCO PHARMACY #0735 (ERX): 573 WEST 100 NORTH, BOUNTIFUL, UT 84087, Ph (801) 299-3968, Fax (801) 299-3965**

## Vitals

**Ht:** 5 ft 10 in 04/09/2022 11:47 am

**Pulse:** 92 bpm 04/09/2022 11:48 am

**T:** 96.7 F° temporal artery 04/09/2022 11:48 am

**Wt:** 241 lbs With clothes 04/09/2022 11:48 am

**BMI:** 34.6 04/09/2022 11:48 am

**BP:** 134/82 sitting L arm 04/09/2022 11:48 am

**O2Sat:** 94% 04/09/2022 11:48 am

## Allergies

Reviewed Allergies

## Medications

Reviewed Medications

**divalproex 500 mg tablet,delayed release** — 04/09/22 prescribed
Take 1 tablet(s) every day by oral route for 90 days.
**Internal Note:** for mood disorder? he is not sure

**DULoxetine 30 mg capsule,delayed release** — 04/09/22 entered
Take 1 capsule(s) every day by oral route.

**risperiDONE 1 mg tablet** — 04/09/22 prescribed
Take 1 tablet(s) twice a day by oral route for 365 days.
**Internal Note:** for sleep

**Ventolin HFA 90 mcg/actuation aerosol inhaler** — 04/09/22 prescribed
Inhale 2 puff(s) every 4 hours by inhalation route.

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Major depressive disorder - Onset: 04/09/2022
- Anxiety - Onset: 04/09/2022
- Autistic disorder - Onset: 04/09/2022

## Family History

Reviewed Family History

## Social History

Reviewed Social History

Last amended by Nathan Phelps, MD on 06/14/2022 at 2:37pm

## Patient

| | | | |
|---|---|---|---|
| **Name** | WEST, ALEXANDER (34yo, M) ID# 184948 | **Appt. Date/Time** | 05/12/2022 02:00PM |
| **DOB** | [redacted]1987 | **Service Dept.** | BOUNTIFUL INTERNAL MEDICINE |
| **Provider** | NATHAN PHELPS, MD | | |
| **Insurance** | Med Primary: MEDICARE-UT (MEDICARE)<br>Insurance # : [redacted]TT24<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

Follow Up

## Patient's Pharmacies

**COSTCO PHARMACY #0735 (ERX): 573 WEST 100 NORTH, BOUNTIFUL, UT 84087, Ph (801) 299-3968, Fax (801) 299-3965**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 10 in 05/12/2022 01:45 pm | **Pulse:** | 102 bpm 05/12/2022 01:47 pm | **T:** | 98.4 F° 05/12/2022 01:46 pm |
| **Wt:** | 249 lbs 05/12/2022 01:46 pm | **BMI:** | 35.7 05/12/2022 01:46 pm | **BP:** | 112/83 sitting R arm 05/12/2022 01:47 pm |
| **O2Sat:** | 95.01% 05/12/2022 01:47 pm | | | | |

## Allergies

Reviewed Allergies

## Medications

Reviewed Medications

**divalproex 500 mg tablet,delayed release** — 04/09/22 prescribed
Take 1 tablet(s) every day by oral route for 90 days.
**Internal Note:** for mood disorder? he is not sure

**DULoxetine 30 mg capsule,delayed release** — 04/09/22 entered
Take 1 capsule(s) every day by oral route.

**risperiDONE 1 mg tablet** — 04/09/22 prescribed
Take 1 tablet(s) twice a day by oral route for 365 days.
**Internal Note:** for sleep

**Ventolin HFA 90 mcg/actuation aerosol inhaler** — 04/09/22 prescribed
Inhale 2 puff(s) every 4 hours by inhalation route.

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Major depressive disorder - Onset: 04/09/2022
- Anxiety - Onset: 04/09/2022
- Autistic disorder - Onset: 04/09/2022

## Family History

Reviewed Family History

## Social History

Reviewed Social History

BOUNTIFUL INTERNAL MEDICINE • 520 Medical Drive STE 300, BOUNTIFUL UT 84010-8925

**WEST, Alexander (id #184948, dob: [redacted]1987)**

Last amended by Nathan Phelps, MD on 06/14/2022 at 2:36pm

## Patient

| | | | |
|---|---|---|---|
| **Name** | WEST, ALEXANDER (35yo, M) ID# 184948 | **Appt. Date/Time** | 06/14/2022 02:00PM |
| **DOB** | [redacted]1987 | **Service Dept.** | BOUNTIFUL INTERNAL MEDICINE |
| **Provider** | NATHAN PHELPS, MD | | |
| **Insurance** | Med Primary: ME[redacted]UT (MEDICARE)<br>Insurance # : [redacted]T24<br>Prescription: CVS\|CAREMARK - Member is eligible. | | |

## Chief Complaint

Follow Up

## Patient's Pharmacies

**COSTCO PHARMACY #0735 (ERX): 573 WEST 100 NORTH, BOUNTIFUL, UT 84087, Ph (801) 299-3968, Fax (801) 299-3965**

## Vitals

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 10 in 06/14/2022 01:59 pm | **T:** | 97.3 F° 06/14/2022 02:00 pm | **Wt:** | 249 lbs 15.68 oz 06/14/2022 02:01 pm |
| **BMI:** | 35.9 06/14/2022 02:00 pm | **BP:** | 112/84 sitting R arm 06/14/2022 02:02 pm | **O2Sat:** | 95% 06/14/2022 02:02 pm |

## Allergies

Reviewed Allergies

NKDA

## Medications

Reviewed Medications

**divalproex 500 mg tablet,delayed release** — 04/09/22 prescribed
Take 1 tablet(s) every day by oral route for 90 days.
**Internal Note:** for mood disorder? he is not sure

**DULoxetine 30 mg capsule,delayed release** — 06/14/22 prescribed
2 capsules per day

**risperiDONE 1 mg tablet** — 04/09/22 prescribed
Take 1 tablet(s) twice a day by oral route for 365 days.
**Internal Note:** for sleep

**Ventolin HFA 90 mcg/actuation aerosol inhaler** — 04/09/22 prescribed
Inhale 2 puff(s) every 4 hours by inhalation route.

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Major depressive disorder - Onset: 04/09/2022
- Anxiety - Onset: 04/09/2022
- Autistic disorder - Onset: 04/09/2022

## Family History

Family History not reviewed (last reviewed 05/12/2022)

## Social History

Social History not reviewed (last reviewed 05/12/2022)
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker

**WEST, Alexander (id #184948, dob: [redacted]/1987)**

What is your level of alcohol consumption?: None
**Diet and Exercise**
What is your exercise level?: None
**Marriage and Sexuality**
What is your relationship status?: Single

## HPI

35 yo male with autism, major depressive disorder, anger management complaints. and He reports that he finally got on disability last monthWonders if he should be on SSI.

Complains of depression lately. Still down from his father's death. Having difficulty handling his finances. Has been crying a lot. Hangs out by himself and his cat. Doesn't have many close friends. Is still doing counseling with Feller Behavioral health. Denies suicidal thoughts.

Risperidone has helped some with the anger issues and being mean and some impulsivity, but not as much with depression.

## Physical Exam

Well looking. No distress. Won't look me in the eyes when he talks. Rambles.

## Assessment / Plan

**1. Difficulty controlling anger -**
Improving with the risperidone 1 mg BID and once daily divalproex.
R45.4: Irritability and anger

**2. Major depressive disorder -**
Continue risperidone. Increase duloxetine from 30 mg one tab daily to 30 mg tab two tabs daily.
F32.9: Major depressive disorder, single episode, unspecified
- duloxetine 30 mg capsule,delayed release - 2 capsules per day Qty: 180 capsule(s) Refills: 1 Pharmacy: COSTCO PHARMACY #0735

**3. Asthma -**
PRN ventolin.
J45.909: Unspecified asthma, uncomplicated

**4. Autistic disorder -**
I feel that this qualifies as a disability.
F84.5: Asperger's syndrome

**5. Nonverbal learning disorder -**
this qualifies as a disability and makes it difficult to maintain interpersonal relationships and makes it difficult to maintain a job.
F81.9: Developmental disorder of scholastic skills, unspecified

**6. Anxiety -**
Continue lexapro.
F41.9: Anxiety disorder, unspecified

## Return to Office

Patient will return to the office as needed.

## Amendment Sign-Off

Encounter signed-off by Nathan Phelps, MD, 06/14/2022.

Encounter performed and documented by Nathan Phelps, MD
Encounter reviewed & signed by Nathan Phelps, MD on 06/14/2022 at 2:35pm
Amendment closed by Nathan Phelps, MD on 06/14/2022 at 2:36pm

**WEST, Alexander (id #184948, dob: [redacted]/1987)**

**1. Autistic disorder -**
Due to autism - he has difficulty maintaining good interpersonal relationships and would have difficult time with schedule changes and with anything that is not very routine or rote. This is a lifelong issue for him. I feel that based on his diagnosis and being lifelong he would qualify for social security disability.

Refer neuropsych eval.
F84.5: Asperger's syndrome
- NEUROPSYCHOLOGIST REFERRAL - Schedule Within: provider's discretion Note to Provider: Needs neurospsych eval for disability

**2. Nonverbal learning disorder -**
Refer neuropsych eval.
F81.9: Developmental disorder of scholastic skills, unspecified

**3. Difficulty controlling anger -**
Divalproex and risperidone help some. Recommend exercise.
R45.4: Irritability and anger
- divalproex 500 mg tablet,delayed release - Take 1 tablet(s) every day by oral route for 90 days. Qty: 90 tablet(s) Refills: 3 Pharmacy: COSTCO PHARMACY #0735
- risperidone 1 mg tablet - Take 1 tablet(s) twice a day by oral route for 365 days. Qty: 90 tablet(s) Refills: 3 Pharmacy: COSTCO PHARMACY #0735

**4. Major depressive disorder -**
Currently a little more down due to financial stress and due to dad's death. continue duloxetine and counseling. Switch duloxetine to morning.
F32.9: Major depressive disorder, single episode, unspecified

**5. Anxiety -**
Pretty well controlled on the lexapro.
F41.9: Anxiety disorder, unspecified

**6. Asthma**
J45.909: Unspecified asthma, uncomplicated
- Ventolin HFA 90 mcg/actuation aerosol inhaler - Inhale 2 puff(s) every 4 hours by inhalation route. Qty: 1 unit(s) Refills: 4 Pharmacy: COSTCO PHARMACY #0735

## Return to Office
Patient will return to the office as needed.

## Encounter Sign-Off
Encounter signed-off by Nathan Phelps, MD, 04/09/2022.

Encounter performed and documented by Nathan Phelps, MD
Encounter reviewed & signed by Nathan Phelps, MD on 04/09/2022 at 1:10pm

Screening: PHQ-2/PHQ-9

[signature] MD

**WEST, Alexander (id #184948, dob: [redacted]/1987)**

# Results

**Lab Results**

None recorded.

## Allergies

Please review your allergy list for accuracy. Contact your provider if this list needs to be updated.

| Code | Code System | Name | Reaction | Severity | Onset |
|---|---|---|---|---|---|
| NKDA | | | | | |

## Problems

| Name | Status | Onset Date | Source |
|---|---|---|---|
| Major Depressive Disorder | Active | 04/09/2022 | |
| Autistic Disorder | Active | 04/09/2022 | |
| Anxiety | Active | 04/09/2022 | |

## Procedures

None recorded.

## Vaccine List

Here is a copy of your most up-to-date vaccination list.

None recorded.

## Tobacco Smoking Status

| | |
|---|---|
| Tobacco Smoking Status | Never Smoker |

## Past Encounters

06/14/2022
Difficulty Controlling Anger; Major Depressive Disorder; Asthma; Autistic Disorder; Nonverbal Learning Disorder
Nathan A Phelps, MD: 520 Medical Drive Ste 300, Bountiful, UT 84010-8925, Ph. (801) 292-1422

## Demographics

| | | | |
|---|---|---|---|
| Sex: | Male | Ethnicity: | Information not available |
| DOB: | [redacted]1987 | Race: | Information not available |
| Preferred language: | Information not available | Marital status: | Information not available |
| Contact: | 1941 Ridgehill Dr, Bountiful, UT 84010-1022, Ph. tel:+1-801-7250129 | | |

BOUNTIFUL INTERNAL MEDICINE • 520 Medical Drive STE 300, BOUNTIFUL UT 84010-8925

WEST, Alexander (id #184948, dob: [redacted]1987)

Last amended by Nathan Phelps, MD on 06/14/2022 at 2:36pm

| | | | |
|---|---|---|---|
| **Patient Name** | WEST, ALEXANDER (35yo, M) ID# 184948 | **Appt. Date/Time** | 06/14/2022 02:00PM |
| **DOB** | [redacted]1987 | **Service Dept.** | BOUNTIFUL INTERNAL MEDICINE |
| **Provider** | NATHAN PHELPS, MD | | |
| **Insurance** | Med Primary: MEDICARE-UT (MEDICARE)<br>Insurance #: [redacted]T24<br>Prescription: CVS|CAREMARK - Member is eligible. | | |

## Chief Complaint

Follow Up

## Patient's Pharmacies

COSTCO PHARMACY #0735 (ERX): 573 WEST 100 NORTH, BOUNTIFUL, UT 84087, Ph (801) 299-3968, Fax (801) 299-3965

## Vitals

| | | |
|---|---|---|
| **Ht:** 5 ft 10 in 06/14/2022 01:59 pm | **T:** 97.3 F° 06/14/2022 02:00 pm | **Wt:** 249 lbs 15.68 oz 06/14/2022 02:01 pm |
| **BMI:** 35.9 06/14/2022 02:00 pm | **BP:** 112/84 sitting R arm 06/14/2022 02:02 pm | **O2Sat:** 95% 06/14/2022 02:02 pm |

## Allergies

Reviewed Allergies

NKDA

## Medications

Reviewed Medications

**divalproex 500 mg tablet,delayed release** — 04/09/22 prescribed
Take 1 tablet(s) every day by oral route for 90 days.
**Internal Note:** for mood disorder? he is not sure

**DULoxetine 30 mg capsule,delayed release** — 06/14/22 prescribed
2 capsules per day

**risperIDONE 1 mg tablet** — 04/09/22 prescribed
Take 1 tablet(s) twice a day by oral route for 365 days.
**Internal Note:** for sleep

**Ventolin HFA 90 mcg/actuation aerosol inhaler** — 04/09/22 prescribed
Inhale 2 puff(s) every 4 hours by inhalation route.

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Major depressive disorder - Onset: 04/09/2022
- Anxiety - Onset: 04/09/2022
- Autistic disorder - Onset: 04/09/2022

## Family History

Family History not reviewed (last reviewed 05/12/2022)

## Social History

Social History not reviewed (last reviewed 05/12/2022)

**Substance Use**

Do you or have you ever smoked tobacco?: Never smoker

/2005 15:44 8012981233

CHILD & ADOLESCENT PSYCHIATRY SPECIALTY CLINIC

OUTPATIENT PSYCHIATRIC EVALUATION

PATIENT NAME: WEST, ALEX
DATE OF BIRTH: [redacted]/87
EVALUATOR: DOUG GRAY, M.D.
DATE OF ASSESSMENT: 08/30/02



disorder. She is available in the Speciality Clinic at the University of Utah.

5. It will be important to bolster the patient in terms of saying "no" to drugs or other behaviors which he might be tricked into by his peers. He also needs some guardian angels out their watching out for him, and his parents may enlist some of the older kids in the high school who attend the same LDS ward to keep an eye out for the patient.

DOUG GRAY, M.D.
Child Psychiatrist
Assistant Clinic Professor
University of Utah

DG/ms2

Job:6357
D: 09/02/02 T: 09/03/02
DT: 2335 TT: 1216

cc: Dr. & Mrs. West
1941 Ridge Hill Drive
Bountiful, Utah 84010

G. Samuel Wilson, M.D.
440 Medical Drive
Bountiful, Utah 84010

David Nilson, Ph.D.

Salt Lake City, Utah

**WEST, Alexander (id #184948, dob: [redacted]/1987)**

## Assessment and Plan

The following list includes any diagnoses that were discussed at your visit.

1. Difficulty controlling anger

2. Major depressive disorder
   - duloxetine 30 mg capsule,delayed release

3. Asthma

4. ~~Autistic disorder~~

5. Nonverbal learning disorder

Discussion Note: None recorded.

Patient educational handouts: No information available.

## Plan of Care

| Reminders | | Provider |
|---|---|---|
| Appointments | None recorded. | |
| Lab | None recorded. | |
| Referral | None recorded. | |
| Procedures | None recorded. | |
| Surgeries | None recorded. | |
| Imaging | None recorded. | |

## Current Medications

Your medical record indicates you are on the following medicine. If this list is not consistent with the medications you are currently taking, or if you are taking additional over-the-counter medicines, please inform your provider.

| Name | Prescribed Date | Start Date |
|---|---|---|
| divalproex 500 mg tablet,delayed release<br>Take 1 tablet every day by oral route for 90 days. | 04/09/2022 | |
| duloxetine 30 mg capsule,delayed release<br>2 capsules per day | 06/14/2022 | |
| risperidone 1 mg tablet<br>Take 1 tablet twice a day by oral route for 365 days. | 04/09/2022 | |
| Ventolin HFA 90 mcg/actuation aerosol inhaler<br>Inhale 2 puffs every 4 hours by inhalation route. | 04/09/2022 | |

## Medications Administered

None recorded.

## Vitals

| Height | Weight | BMI | Blood Pressure | O2 Saturation | Temperature |
|---|---|---|---|---|---|
| 5 ft 10 in | 249 lbs 15.68 oz | 35.9 kg/m2 | 112/84 mm[Hg] | 95% | 97.3 F° |

**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
What is your level of alcohol consumption?: None
**Marriage and Sexuality**
What is your relationship status?: Single
**Gender Identity and LGBTQ Identity**

## Screening

| Name | Score | Notes |
|---|---|---|
| PHQ-2/PHQ-9 | 13 (for the PHQ-9) | |

## HPI

New patient to me. He has autistic disorder. He lives in a condo on his own - his parents pay for it.

Struggles to keep a job due to anger issues, difficulty with interpersonal skills. He lost his job a couple months ago. Will start part time at WalMart in next couple months. Has been on disability in past, but then was making too much money - so he reports that he owes social security $10,000 and IRS $5,000 and car $9000.

His dad recently died (Scott West, MD) and he was prescribing all his meds. Has not seen another doctor for at least a few years.

Emotionally he is overwhelmed, due to the financial stress and the death of his dad.
No suicidal thoughts, no history of suicide attempts.

History of asthma, could occasionally use inhaler

Mom reports that he has "manic episodes" where he "loses his cookies". He calls this impulsivity, defiance, anger issues. This happens a lot at work and this makes it difficult to maintain a job. Has been doing some counseling with Feller Behavioral health. He has a shopping addiction, a pornography addiction. He hasn't gotten arrested in past for solicitation. Mom reports that he is becoming unmanageable. he is constantly wanting more, he has everything that he needs and it is never enough. He is constantly asking asking for more.

Has not had any significant cognitive evaluation in past 20 years.

Has small circle of support. Has a lot of acquaintances, but not a lot of people he can count on.

## ROS

**Additionally reports:**

**12 point review was negative except as stated in HPI and chronic intermittent back pain.**

## Physical Exam

Gen: no distress, well looking, obese

Head: NCAT

Ears: normal hearing, normal TMs

Eyes: PERRL

Mouth: no lesions

Neck: no thyromegaly or adenopathy

Lungs: CTABL, normal respiratory effort

Heart: RRR, no murmur

Abdomen: Soft, non-tender, nondistended, no HSM

Extremities: warm, no edema, normal PT pulses

Psych: odd affect and communication.

Neuro: Alert and oriented to self and place.

## Assessment / Plan

BOUNTIFUL INTERNAL MEDICINE • 520 Medical Drive STE 300, BOUNTIFUL UT 84010-8925

**WEST, Alexander (id #184948, dob: [redacted]1987)**

**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
What is your level of alcohol consumption?: None
**Diet and Exercise**
What is your exercise level?: None
**Marriage and Sexuality**
What is your relationship status?: Single

## Screening

| Name | Score | Notes |
|---|---|---|
| PHQ-2/PHQ-9 | 23 (for the PHQ-9) | |

## HPI

Here for routine f/u. Has been busy emptying a storage unit and cleaning things out. Having trouble sleeping. Frustrated over disability papers and court decision. He rambled a lot and I couldn't tell what was going on with this. Still feeling down some. Mostly frustrated. Wanted to talk mostly about disability. He says that he is upset that they are saying he can't work full time.

He denies suicidal or homicidal thoughts. No hallucinations.

has only been taking one risperidone per day.

## Physical Exam

Well looking. No distress. Agitated. REpeating self a lot. Wouldn't look me in the eyes much.

## Assessment / Plan

**1. Difficulty controlling anger -**
Only taking 1 risperidone, will increase to 2 daily. Continue divalproex.
R45.4: Irritability and anger

**2. Major depressive disorder -**
Continue duloxetine. Increase risperidone.
F32.9: Major depressive disorder, single episode, unspecified

**3. Anxiety -**
Continue duloxetine. off lexapro.
F41.9: Anxiety disorder, unspecified

**4. Asthma -**
PRN ventolin.
J45.909: Unspecified asthma, uncomplicated

**5. Autistic disorder -**
I feel that this qualifies as a disability.
F84.5: Asperger's syndrome

**6. Nonverbal learning disorder -**
this qualifies as a disability. he denies having had a neuropsych eval yet.
F81.9: Developmental disorder of scholastic skills, unspecified

## Return to Office

- Nathan Phelps, MD for FOLLOW UP 30 at BOUNTIFUL INTERNAL MEDICINE on 06/14/2022 at 02:00 PM

## Amendment Sign-Off

Encounter signed-off by Nathan Phelps, MD, 06/14/2022.

Encounter performed and documented by Nathan Phelps, MD
Encounter reviewed & signed by Nathan Phelps, MD on 05/12/2022 at 5:15pm
Amendment closed by Nathan Phelps, MD on 06/14/2022 at 2:37pm

Screening: PHQ-2/PHQ-9

Last amended by Nathan Phelps, MD on 06/14/2022 at 2:38pm

| | | | |
|---|---|---|---|
| Patient Name | WEST, ALEXANDER (35yo, M) ID# 184948 | Appt. Date/Time | 06/14/2022 02:00PM |
| DOB | [redacted]1987 | Service Dept. | BOUNTIFUL INTERNAL MEDICINE |
| Provider | NATHAN PHELPS, MD | | |
| Insurance | Med Primary: MEDICARE-UT (MEDICARE)<br>Insurance # [redacted]TT24 - Member is eligible<br>Prescription: CVS|CAREMARK - Member is eligible | | |

## Chief Complaint

Follow Up

## Patient's Pharmacies

COSTCO PHARMACY #0735 (ERX): 573 WEST 100 NORTH, BOUNTIFUL, UT 84087, Ph (801) 299-3966, Fax (801) 299-3965

## Vitals

Ht: 5 ft 10 in 06/14/2022 01:59 pm

T: 97.3 F° 06/14/2022 02:00 pm

Wt: 249 lbs 15.68 oz 06/14/2022 02:01 pm

BMI: 35.9 06/14/2022 02:00 pm

BP: 112/84 sitting R arm 06/14/2022 02:02 pm

O2Sat: 95% 06/14/2022 02:02 pm

## Allergies

Reviewed Allergies

NKDA

## Medications

Reviewed Medications

**divalproex 500 mg tablet,delayed release** — 04/09/22 prescribed
Take 1 tablet(s) every day by oral route for 90 days.
**Internal Note:** for mood disorder? he is not sure

**DULoxetine 30 mg capsule,delayed release** — 06/14/22 prescribed
2 capsules per day

**risperIDONE 1 mg tablet** — 04/09/22 prescribed
Take 1 tablet(s) twice a day by oral route for 365 days.
**Internal Note:** for sleep

**Ventolin HFA 90 mcg/actuation aerosol inhaler** — 04/09/22 prescribed
Inhale 2 puff(s) every 4 hours by inhalation route.

## Vaccines

None recorded.

## Problems

Reviewed Problems

- Major depressive disorder - Onset: 04/09/2022
- Anxiety - Onset: 04/09/2022
- Autistic disorder - Onset: 04/09/2022

## Family History

Family History not reviewed (last reviewed 05/12/2022)

## Social History

Social History not reviewed (last reviewed 05/12/2022)

**Substance Use**

Do you or have you ever smoked tobacco?: Never smoker

What is your level of alcohol consumption?: None
**Diet and Exercise**
What is your exercise level?: None
**Marriage and Sexuality**
What is your relationship status?: Single

HPI

35 yo male with autism, major depressive disorder, anger management complaints. and He reports that he finally got on disability last monthWonders if he should be on SSI.

Complains of depression lately. Still down from his father's death. Having difficulty handling his finances. Has been crying a lot. Hangs out by himself and his cat. Doesn't have many close friends. Is still doing counseling with Eeller Behavioral health. Denies suicidal thoughts.

Risperidone has helped some with the anger issues and being mean and some impulsivity, but not as much with depression.

Physical Exam

Well looking. No distress. Won't look me in the eyes when he talks. Rambles.

Assessment / Plan

**1. Difficulty controlling anger -**
Improving with the risperidone 1 mg BID and once daily divalproex.
R45.4: Irritability and anger

**2. Major depressive disorder -**
Continue risperidone. Increase duloxetine from 30 mg one tab daily to 30 mg tab two tabs daily.
F32.9: Major depressive disorder, single episode, unspecified
- duloxetine 30 mg capsule,delayed release - 2 capsules per day Qty: 180 capsule(s) Refills: 1 Pharmacy: COSTCO PHARMACY #0735

**3. Asthma -**
PRN ventolin.
J45.909: Unspecified asthma, uncomplicated

**4. Autistic disorder -**
I feel that this qualifies as a disability.
F84.5: Asperger's syndrome

**5. Nonverbal learning disorder -**
this qualifies as a disability and makes it difficult to maintain interpersonal relationships and makes it difficult to maintain a job.
F81.9: Developmental disorder of scholastic skills, unspecified

**6. Anxiety -**
Continue lexapro.
F41.9: Anxiety disorder, unspecified

Return to Office
Patient will return to the office as needed.

Amendment Sign-Off
Encounter signed-off by Nathan Phelps, MD, 06/14/2022.

Encounter performed and documented by Nathan Phelps, MD
Encounter reviewed & signed by Nathan Phelps, MD on 06/14/2022 at 2:35pm
Amendment closed by Nathan Phelps, MD on 06/14/2022 at 2:36pm

## CHILD & ADOLESCENT PSYCHIATRY SPECIALTY CLINIC

## OUTPATIENT PSYCHIATRIC EVALUATION

PATIENT NAME: WEST, ALEX
DATE OF BIRTH: [redacted]/87
EVALUATOR: DOUG GRAY, M.D.
DATE OF ASSESSMENT: 08/30/02



**DIAGNOSIS:**

**AXIS I:** Asperger's Disorder.
~~Nonverbal Learning Disability.~~
Generalized Anxiety Disorder.

**AXIS II:** None.

**AXIS III:** None.

**AXIS IV:** None.

**AXIS V:** Current GAF: 50 (also the highest in past year)

**PLAN:**

1. I asked the patient's parents to buy a book on Asperger's disorder by Tony Atwood, M.D.. This book has some symptom checklists, which they are going to bring in on their next visit. This is a book specifically regarding Asperger's disorder and diagnosing subtle or milder forms of this disorder.

2. Although we are going to try to keep the patient in his current school, we may want to consider Woodland Hills. This is a small school that is now devoting itself to teaching teenagers with Asperger's disorder. They have a good reputation, and other kids with whom I have talked have been very happy with the school. This gives us another option if his current school does not work out.

3. The patient's parents should continue to work with David Nilsson, Ph.D., around issues of psychological testing and learning problems. Dr. Nilsson can help them with school problems.

4. In terms of recommending an individual family counselor, I have suggested Judy Miller, M.D.. Dr. Miller is a new member of our faculty who specializes in Asperger's disorder and has done a lot of research in this area. She also runs groups for teenagers with Asperger's

CHILD & ADOLESCENT PSYCHIATRY SPECIALTY CLINIC

OUTPATIENT PSYCHIATRIC EVALUATION

PATIENT NAME: WEST, ALEX
DATE OF BIRTH: [redacted]87
EVALUATOR: DOUG GRAY, M.D.
DATE OF ASSESSMENT: 08/30/02



disorder. She is available in the Specialty Clinic at the University of Utah.

5. It will be important to bolster the patient in terms of saying "no" to drugs or other behaviors which he might be tricked into by his peers. He also needs some guardian angels out their watching out for him, and his parents may enlist some of the older kids in the high school who attend the same LDS ward to keep an eye out for the patient.

DOUG GRAY, M.D.
Child Psychiatrist
Assistant Clinic Professor
University of Utah

DG/ms2

Job:6357
D: 09/02/02 T: 09/03/02
DT: 2335 TT: 1216

cc: Dr. & Mrs. West
1941 Ridge Hill Drive
Bountiful, Utah 84010

G. Samuel Wilson, M.D.
440 Medical Drive
Bountiful, Utah 84010

David Nilson, Ph.D.

Salt Lake City, Utah

BOUNTIFUL INTERNAL MEDICINE • 520 Medical Drive STE 300, BOUNTIFUL UT 84010-6925

**WEST, Alexander (id #184948, dob: [redacted]1987)**

Last amended by Nathan Phelps, MD on 06/14/2022 at 2:37pm

| | | | |
|---|---|---|---|
| **Patient Name** | WEST, ALEXANDER (34yo, M) ID# 184948 | **Appt. Date/Time** | 05/12/2022 02:00PM |
| **DOB** | [redacted]1987 | **Service Dept.** | BOUNTIFUL INTERNAL MEDICINE |
| **Provider** | NATHAN PHELPS, MD | | |
| **Insurance** | Med Primary: MEDICARE-UT (MEDICARE)<br>Insurance #: [redacted]T24<br>Prescription: SURESCRIPTS LLC - This member could not be found in the payer's files. Please verify coverage and all member demographic information. details | | |

## Chief Complaint

Follow-Up

## Patient's Pharmacies

**COSTCO PHARMACY #0735 (ERX): 573 WEST 100 NORTH, BOUNTIFUL, UT 84087, Ph (801) 299-3968, Fax (801) 299-3965**

## Vitals

| | | |
|---|---|---|
| **Ht:** 5 ft 10 in 05/12/2022 01:45 pm | **Pulse:** 102 bpm 05/12/2022 01:47 pm | **T:** 98.4 F° 05/12/2022 01:46 pm |
| **Wt:** 249 lbs 05/12/2022 01:46 pm | **BMI:** 35.7 05/12/2022 01:46 pm | **BP:** 112/83 sitting R arm 05/12/2022 01:47 pm |
| **O2Sat:** 95.01% 05/12/2022 01:47 pm | | |

## Allergies

Reviewed Allergies

## Medications

Reviewed Medications

**divalproex 500 mg tablet,delayed release** — 04/09/22 prescribed
Take 1 tablet(s) every day by oral route for 90 days.
**Internal Note:** for mood disorder? he is not sure

**DULoxetine 30 mg capsule,delayed release** — 04/09/22 entered
Take 1 capsule(s) every day by oral route.

**risperiDONE 1 mg tablet** — 04/09/22 prescribed
Take 1 tablet(s) twice a day by oral route for 365 days.
**Internal Note:** for sleep

**Ventolin HFA 90 mcg/actuation aerosol inhaler** — 04/09/22 prescribed
Inhale 2 puff(s) every 4 hours by inhalation route.

## Vaccines

None recorded.

## Problems

Reviewed Problems
- Major depressive disorder - Onset: 04/09/2022
- Anxiety - Onset: 04/09/2022
- Autistic disorder - Onset: 04/09/2022

## Family History

Reviewed Family History

## Social History

Reviewed Social History

BOUNTIFUL INTERNAL MEDICINE • 763 N Redwood Road, NORTH SALT LAKE UT 84054-2895

WEST, Alexander (id #184948, dob: [redacted]/1987)

**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
What is your level of alcohol consumption?: None
**Marriage and Sexuality**
What is your relationship status?: Single
**Gender Identity and LGBTQ Identity**

## Screening

| Name | Score | Notes |
|---|---|---|
| PHQ-2/PHQ-9 | 13 (for the PHQ-9) | |

## HPI

New patient to me. He has autistic disorder. He lives in a condo on his own - his parents pay for it.

Struggles to keep a job due to anger issues, difficulty with interpersonal skills. He lost his job a couple months ago. Will start part-time at WalMart in next couple months. Has been on disability in past, but then was making too much money - so he reports that he owes social security $10,000 and IRS $5,000 and car $9000.

His dad recently died (Scott West, MD) and he was prescribing all his meds. Has not seen another doctor for at least a few years.

Emotionally he is overwhelmed, due to the financial stress and the death of his dad.
No suicidal thoughts, no history of suicide attempts.

History of asthma, could occasionally use inhaler

Mom reports that he has "manic episodes" where he "loses his cookies". He calls this impulsivity, defiance, anger issues. This happens a lot at work and this makes it difficult to maintain a job. Has been doing some counseling with Feller Behavioral health. He has a shopping addiction, a pornography addiction. He hasn't gotten arrested in past for solicitation. Mom reports that he is becoming unmanageable. he is constantly wanting more. he has everything that he needs and it is never enough. He is constantly asking asking for more.

Has not had any significant cognitive evaluation in past 20 years.

Has small circle of support. Has a lot of acquaintances, but not a lot of people he can count on.

## ROS

**Additionally reports:**

**12 point review was negative except as stated in HPI and chronic intermittent back pain.**

## Physical Exam

Gen: no distress, well looking, obese

Head: NCAT

Ears: normal hearing, normal TMs

Eyes: PERRL

Mouth: no lesions

Neck: no thyromegaly or adenopathy

Lungs: CTABL, normal respiratory effort

Heart: RRR, no murmur

Abdomen: Soft, non-tender, nondistended, no HSM

Extremities: warm, no edema, normal PT pulses

Psych: odd affect and communication.

Neuro: Alert and oriented to self and place.

## Assessment / Plan